Julie Anne Parsons
State Bar Number 00790358
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO. 25-44309 (ELM)** |
| **ANTHONY CHARLES TORDIGLIONE** | |
| **DEBTOR** | **CHAPTER 13** |

## COUNTY OF ERATH'S
## OBJECTION TO CONFIRMATION OF PROPOSED PLAN

**TO THE HONORABLE EDWARD L. MORRIS:**

NOW COMES County of Erath (hereinafter "Erath") and files its Objection to Confirmation of Proposed Plan on the following grounds:

a. Erath has timely filed a secured proof of claim for *ad valorem* taxes in the amount of $6,466.35 assessed for the following properties:

1) Real Property Account No. R16941 for the 2024 and 2025 tax years for property described as A0147 CRAWFORD JOSEPH W; HOUSE & BARNS, ACRES: 314.430, SITUS 8216 CR 539.

2) Real Property Account No. R000046422 for the 2024 and 2025 tax years for property described as A0147 CRAWFORD JOSEPH W; MH, 2003 & 1987 28X60 DW, TEX 037 8301/2, TXFLGH2AG12404666A/B Acres: 8.80, Situs: 9158 CR 539

1

3) Real Property Account No. R000026791 for the 2024 and 2025 tax years for property described as A0828 WOOD HENRY; HOUSE & BARN S, Situs CR 5398 10723.

4) Business Personal Property Account No. P000077760 for the 2025 tax year for BUSINESS PERSONAL PROPERTY Situs 8216 CR 539.

b. Erath's statutory ad valorem tax liens attached to each applicable tract pursuant to Texas Property Tax Code Section 32.01 and have priority over other liens thereon pursuant to Texas Property Tax Code Sections 32.04 and 32.05. The value of each property exceeds the outstanding tax amount thereon and Erath is an over-secured creditor. The outstanding taxes are for delinquent year 2024 taxes and for current year 2025 taxes.

c. The debtor does not treat Erath's tax claim in his proposed plan. Erath is entitled to disbursement of its claim plus 12% per annum statutory interest through the plan absent the Debtor directly paying said taxes.

WHEREFORE, Erath objects to confirmation of the Plan for the reasons set forth herein, and further requests such other and further relief as is just and proper.

Dated: December 16, 2025

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for County of Erath

*/s/ Julie Anne Parsons*
Julie Anne Parsons
State Bar Number 00790358
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above County of Erath's Objection to Proposed Plan to Christopher Marvin Lee, Reaves & Lee, PLLC, 8701 W. Bedford Euless Road Suite 510, Hurst, Texas 76053; Tim Truman, 6851 N.E. Loop 820, Suite 300, N Richland Hills, Texas 76180 and to those parties listed on the Court's Notice of Electronic Filing on December 16, 2025 by CM/ECF Electronic Notification.

*/s/ Julie Anne Parsons*
Julie Anne Parsons

3