**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**(817) 770-8500**
**Fax (817) 770-8511**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No: 25-44309-ELM** |
| **ANTHONY CHARLES TORDIGLIONE** | **Court Hearing:** |
| | **Time & Date: 8:30 AM on** |
| **Debtor,** | **Thursday, February 5, 2026** |

**TRUSTEE'S OBJECTION TO CONFIRMATION**

**TO THE HONORABLE EDWARD L MORRIS, U.S. BANKRUPTCY JUDGE:**

Now comes Tim Truman, the Standing Chapter 13 Trustee, and files this his "Trustee's Objection to Confirmation" of the Plan heretofore filed herein by Debtor, and for the same would respectfully show the Court as follows:

Based on information provided by the Debtor, the Trustee is unable to determine if the Plan meets the requirements of 11 U.S.C. Section 1322 and 11 U.S.C. Section 1325. In this regard the Trustee would show the following:

ANTHONY CHARLES TORDIGLIONE did not appear for the Section 341 Meeting of Creditors that was to be conducted on 12/17/2025. Until the financial affairs of the Debtor are examined, the Trustee is unable to recommend Confirmation of the Plan.

The Debtor has been scheduled for a business interview with the Trustee's Business Case Analyst on 1/28/2026. Until the financial affairs of the Debtor are more completely examined, the Trustee currently is unable to recommend Confirmation of the Plan.

The Debtor has failed to meet the requirements of 11 U.S.C. Section 1325(a)(9). The Trustee would show, on information and belief, that the Debtor has not filed all applicable federal, state, and local tax returns as required by Section 1308 of the Bankruptcy Code. As of the date of the 341 meeting on 12/17/2025 the returns for the following tax years have not been filed, based on the Estimated Tax Claim filed by the Internal Revenue Service: **2020, 2021, 2022**. Therefore, the Trustee is unable to recommend Confirmation of the Plan.

The Trustee would show that the Debtor has not provided to the Trustee their federal income tax return for the calendar year **2020, 2021, 2022,** and thereby has failed to cooperate with the Trustee as required by Section 521(a)(3) of the Bankruptcy Code. Therefore, the Trustee is unable to recommend Confirmation of the Plan.

25-44309-ELM    ANTHONY CHARLES TORDIGLIONE

Trustee's Objection to Confirmation                                                                                                     Page 2

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that said Plan not be confirmed unless and until it has been modified to cure all objections set forth hereinabove, and for general relief.

Respectfully submitted,

By:   /s/ Angela D. Allen
      Tim Truman, Bar # 20258000
      Standing Chapter 13 Trustee
      Angela Allen, Bar # 007869700
      Staff Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Objection to Confirmation" was served on all parties listed below in the manner listed below on or before December 22, 2025.

/s/ Angela D. Allen
Tim Truman, Angela Allen

**BY FIRST CLASS MAIL:**
ANTHONY CHARLES TORDIGLIONE, 178 SAMS LN, ALEDO, TX 76008

**BY ELECTRONIC SERVICE:**
REAVES AND LEE PLLC, 8701 BEDFORD EULESS RD STE 510, HURST, TX 76053
MCCREARY VESELKA BRAGG & ALLEN, PO BOX 1269, ROUND ROCK, TX 78680
SPROUSE SHRADER SMITH PC, 701 S TAYLOR STE 500, PO BOX 15008, AMARILLO, TX 79105-5008
MCCARTHY AND HOLTHUS, 1255 W 15TH ST #1060, PLANO, TX 75075
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX 75219
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242