**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**(817) 498-1362 FAX**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** § | **CASE NUMBER: 25-44309-ELM** | |
| § | | |
| **ANTHONY CHARLES TORDIGLIONE** § | **CHAPTER 13** | |
| § | | |
| § | **COURT HEARING:  Thursday,** | |
| **DEBTOR** § | **February 5, 2026 at 8:30 AM** | |
| § | | |

**TRUSTEE'S 14 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL**
**AND NOTICE OF COURT HEARING  (PRE-CONFIRMATION)**

**Notice is HEREBY GIVEN** to the above named Debtor and to the Debtor's Attorney that the Trustee intends to certify the above numbered Chapter 13 case for Dismissal for the following reason(s) :

The Debtor did not pay to the Trustee when due one or more payments (except the first) specified in Debtor's Plan, as required by Section 3(e) of General Order 2025-06.

1. The exact dollar amount due to completely bring all payments current as of the 14th day after the date of this Notice is **$1,500.00**.

    **\*\*MAIL CERTIFIED PAYMENTS TO:  PO Box 2285, Memphis, TN 38101-2285\*\***

2. Due date is **Jan 30, 2026**.  Payments must be received by 4:00 PM.

    **FAILURE TO BRING ALL PAYMENTS CURRENT BY  JAN 30, 2026, OR FAILURE TO  RESOLVE THE DELINQUENCY ON THE CASE, SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY COURT WITHOUT FURTHER NOTICE.**

    **ANY WRITTEN OBJECTION OR RESPONSE MUST BE FILED WITH THE COURT AT <u>US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX 76102.</u>   ANY OBJECTION OR RESPONSE NOT RESOLVED WILL BE HEARD BY THE HONORABLE EDWARD L MORRIS ON February 5, 2026   8:30 am AT 501 W. 10TH STREET,  ROOM 204, FORT WORTH, TX  76102, or by WebEx at: https://us-courts.webex.com/meet/Morris,  Meeting ID: 2309 445 3213 (for Telephone Dial-In 1-650-479-3207).**

/s/ Tim Truman
_____

Tim Truman, Trustee, State Bar # 20258000
OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
(817) 770-8500
(817) 498-1362 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "Trustee's 14 Day Notice of Intent to Certify Chapter 13 Case for Dismissal and Notice of Court Hearing" was served on the parties listed below in the manner listed below on or before January 16, 2026.

**BY FIRST CLASS MAIL:**
ANTHONY CHARLES TORDIGLIONE, 178 SAMS LN, ALEDO, TX 76008

**ELECTRONIC SERVICE:**
REAVES AND LEE PLLC, 8701 BEDFORD EULESS RD STE 510, HURST, TX 76053
MCCREARY VESELKA BRAGG & ALLEN, PO BOX 1269, ROUND ROCK, TX 78680
SPROUSE SHRADER SMITH PC, 701 S TAYLOR STE 500, PO BOX 15008, AMARILLO, TX 79105-5008
MCCARTHY AND HOLTHUS, 1255 W 15TH ST #1060, PLANO, TX 75075
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX 75219
SPECTOR & COX PLLC, 12770 COIT RD STE 850, DALLAS, TX 75251
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

/s/ Tim Truman
_____
Tim Truman, Trustee
State Bar# 20258000