U.S. Bankruptcy Court - Northern District of Texas	https://ecf.txnb.uscourts.gov/cgi-bin/SearchClaims.pl?8714121896328...

Case 25-44309-elm13   Doc 49-1   Filed 03/04/26   Entered 03/04/26 16:44:29   Desc
Exhibit A - Claims Registry Summary   Page 1 of 7

Debtor's Ex. A - Claims Registry Summary

# Northern District of Texas
# Claims Register

## 25-44309-elm13 Anthony Charles Tordiglione

| | |
|---|---|
| **Judge:** Edward L. Morris | **Chapter:** 13 |
| **Office:** Ft. Worth | **Last Date to file claims:** 01/12/2026 |
| **Trustee:** Tim Truman | **Last Date to file (Govt):** 05/02/2026 |

*Creditor:*     (23044131)
LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

**Claim No: 1**
*Original Filed Date*: 11/05/2025
*Original Entered Date*: 11/05/2025

*Status:*
*Filed by:* CR
*Entered by:* Lore'L Thompson
*Modified:*

Amount  claimed: $241.72
Secured claimed:     $0.00

*History:*

Details   1-1   11/05/2025 Claim #1 filed by LVNV Funding, LLC, Amount claimed: $241.72 (Thompson, Lore'L)

*Description:*
*Remarks:*

*Creditor:*     (23044131)
LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

**Claim No: 2**
*Original Filed Date*: 11/05/2025
*Original Entered Date*: 11/05/2025

*Status:*
*Filed by:* CR
*Entered by:* David Lamb
*Modified:*

Amount  claimed: $4055.86
Secured claimed:     $0.00

*History:*

Details   2-1   11/05/2025 Claim #2 filed by LVNV Funding, LLC, Amount claimed: $4055.86 (Lamb, David)

*Description:*
*Remarks:*

*Creditor:*     (23048344)
Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Claim No: 3**
*Original Filed Date*: 11/06/2025
*Original Entered Date*: 11/06/2025

*Status:*
*Filed by:* CR
*Entered by:* Brandie M McCann
*Modified:*

Amount  claimed: $2191.68
Secured claimed:     $0.00

*History:*

Details   3-1   11/06/2025 Claim #3 filed by Resurgent Receivables, LLC, Amount claimed: $2191.68 (McCann, Brandie)

*Description:*
*Remarks:*

U.S. Bankruptcy Court - Northern District of Texas		https://ecf.txnb.uscourts.gov/cgi-bin/SearchClaims.pl?8714121896328...

Case 25-44309-elm13    Doc 49-1    Filed 03/04/26    Entered 03/04/26 16:44:29    Desc
Exhibit A - Claims Registry Summary    Page 2 of 7

Debtor's Ex. A - Claims Registry Summary

| | | |
|---|---|---|
| **Creditor:** (23060599)<br>Parker CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Camille Stecker<br>3500 Maple Ave., Suite 800<br>Dallas, TX 75219 | **Claim No: 4**<br>*Original Filed Date*: 11/19/2025<br>*Original Entered Date*: 11/19/2025<br>*Last Amendment Filed*: 02/11/2026<br>*Last Amendment Entered*: 02/11/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Camille Stecker<br>*Modified:* |

Amount claimed: $14985.64
Secured claimed: $14985.64

*History:*

| Details | 4-1 | 11/19/2025 Claim #4 filed by Parker CAD, Amount claimed: $20228.45 (Stecker, Camille) |
| Details | 4-2 | 02/11/2026 Amended Claim #4 filed by Parker CAD, Amount claimed: $14985.64 (Stecker, Camille) |

*Description:* (4-2) 1st Amended Proof of Claim

*Remarks:*

| | | |
|---|---|---|
| **Creditor:** (23068222)<br>Guild Mortgage Company LLC<br>P O Box 85304<br>San Diego, CA 92186-5046 | **Claim No: 5**<br>*Original Filed Date*: 11/25/2025<br>*Original Entered Date*: 11/25/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Nancy L Lee<br>*Modified:* |

Amount claimed: $541062.09
Secured claimed: $541062.09

*History:*

| Details | 5-1 | 11/25/2025 Claim #5 filed by Guild Mortgage Company LLC, Amount claimed: $541062.09 (Lee, Nancy) |
| | doc | 12/15/2025 Notice of postpetition mortgage fees, expenses, and charges (Claim # 5) with Certificate of Service Filed by Creditor Guild Mortgage Company LLC. (Lee, Nancy) |

*Description:* (5-1) 178 Sams Lane, Aledo, TX 76008

*Remarks:* (5-1) Total pre-petition arrearage: $52,084.81

| | | |
|---|---|---|
| **Creditor:** (23089731)<br>American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | **Claim No: 6**<br>*Original Filed Date*: 12/11/2025<br>*Original Entered Date*: 12/11/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Greg Deegan<br>*Modified:* |

Amount claimed: $17194.35

*History:*

| Details | 6-1 | 12/11/2025 Claim #6 filed by American Express National Bank, Amount claimed: $17194.35 (Deegan, Greg) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| **Creditor:** (23089733) | **Claim No: 7** | *Status:* |

*History:*

| Details | 7-1 | 12/11/2025 Claim #7 filed by American Express National Bank, Amount claimed: $16384.28 (Deegan, Greg) |

*Description:*

*Remarks:*

U.S. Bankruptcy Court - Northern District of Texas   https://ecf.txnb.uscourts.gov/cgi-bin/SearchClaims.pl?8714121896328...

Case 25-44309-elm13   Doc 49-1   Filed 03/04/26   Entered 03/04/26 16:44:29   Desc
Exhibit A - Claims Registry Summary   Debtor's Ex. A - Claims Registry Summary  Page 3 of 7

American Express National Bank  
c/o Becket and Lee LLP  
PO Box 3001  
Malvern PA 19355-0701  

*Original Filed Date*: 12/11/2025  
*Original Entered Date*: 12/11/2025  

*Filed by:* CR  
*Entered by:* Greg Deegan  
*Modified:*  

Amount claimed: $16384.28

*History:*

Details  7-1  12/11/2025 Claim #7 filed by American Express National Bank, Amount claimed: $16384.28 (Deegan, Greg)

*Description:*  
*Remarks:*

*Creditor:*   (23083353)  
Hico ISD  
c/o Diane W. Sanders  
Linebarger Goggan Blair & Sampson, LLP  
P.O. Box 17428  
Austin, TX 78760  

**Claim No: 8**  
*Original Filed Date*: 12/11/2025  
*Original Entered Date*: 12/11/2025  

*Status:*  
*Filed by:* CR  
*Entered by:* Diane W. Sanders  
*Modified:*  

Amount  claimed: $12859.82  
Secured claimed: $12859.82  

*History:*

Details  8-1  12/11/2025 Claim #8 filed by Hico ISD, Amount claimed: $12859.82 (Sanders, Diane)

*Description:* (8-1) Ad Valorem Taxes  
*Remarks:*

*Creditor:*   (23083354)  
Hico ESD  
c/o Diane W. Sanders  
Linebarger Goggan Blair & Sampson, LLP  
P.O. Box 17428  
Austin, TX 78760  

**Claim No: 9**  
*Original Filed Date*: 12/11/2025  
*Original Entered Date*: 12/11/2025  

*Status:*  
*Filed by:* CR  
*Entered by:* Diane W. Sanders  
*Modified:*  

Amount  claimed: $1282.04  
Secured claimed: $1282.04  

*History:*

Details  9-1  12/11/2025 Claim #9 filed by Hico ESD, Amount claimed: $1282.04 (Sanders, Diane)

*Description:* (9-1) Ad Valorem Taxes  
*Remarks:*

*Creditor:*   (23044122)  
Internal Revenue Service  
IRS - SBSE Insolvency Area 10  
1100 Commerce St., MC 5026 DAL  
Dallas, TX 75242  

**Claim No: 10**  
*Original Filed Date*: 12/16/2025  
*Original Entered Date*: 12/16/2025  

*Status:*  
*Filed by:* CR  
*Entered by:* Mikeal D. Smith  
*Modified:*  

Amount  claimed: $138937.76  
Secured claimed: $120136.63  

*History:*

Details  10-1  12/16/2025 Claim #10 filed by Internal Revenue Service, Amount claimed: $138937.76 (Smith, Mikeal)

*Description:*  
*Remarks:*

U.S. Bankruptcy Court - Northern District of Texas    https://ecf.txnb.uscourts.gov/cgi-bin/SearchClaims.pl?8714121896328...

Case 25-44309-elm13   Doc 49-1   Filed 03/04/26   Entered 03/04/26 16:44:29   Desc
Exhibit A - Claims Registry Summary    Debtor's Ex. A - Claims Registry Summary   Page 4 of Registry Summary

Priority claimed: $7318.16

*History:*

| Details | 10-1 | 12/16/2025 Claim #10 filed by Internal Revenue Service, Amount claimed: $138937.76 (Smith, Mikeal) |

*Description:*

*Remarks:*

*Creditor:* (23096309)
County of Erath
McCreary, Veselka, Bragg & Allen PC
c/o Julie Anne Parsons
PO BOX 1269
Round Rock, Texas 78680-1269

**Claim No: 11**
*Original Filed Date*: 12/16/2025
*Original Entered Date*: 12/16/2025

*Status:*
*Filed by:* CR
*Entered by:* Julie Anne Parsons
*Modified:*

Amount claimed: $6466.35
Secured claimed: $6466.35

*History:*

| Details | 11-1 | 12/16/2025 Claim #11 filed by County of Erath, Amount claimed: $6466.35 (Parsons, Julie) |

*Description:* (11-1) AD VALOREM TAX

*Remarks:*

*Creditor:* (23117263)
Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

**Claim No: 12**
*Original Filed Date*: 01/05/2026
*Original Entered Date*: 01/05/2026

*Status:*
*Filed by:* CR
*Entered by:* Christina Barnes
*Modified:*

Amount claimed: $2073.66

*History:*

| Details | 12-1 | 01/05/2026 Claim #12 filed by Midland Credit Management, Inc., Amount claimed: $2073.66 (Barnes, Christina) |

*Description:* (12-1) 9285

*Remarks:*

*Creditor:* (23117263)
Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

**Claim No: 13**
*Original Filed Date*: 01/05/2026
*Original Entered Date*: 01/05/2026

*Status:*
*Filed by:* CR
*Entered by:* Christina Barnes
*Modified:*

Amount claimed: $1810.77

*History:*

| Details | 13-1 | 01/05/2026 Claim #13 filed by Midland Credit Management, Inc., Amount claimed: $1810.77 (Barnes, Christina) |

*Description:* (13-1) 2109

*Remarks:*

*Creditor:* (23119431)
Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Claim No: 14**
*Original Filed Date*: 01/06/2026
*Original Entered Date*: 01/06/2026

*Status:*
*Filed by:* CR
*Entered by:* Helga Helena Ridgeway
*Modified:*

U.S. Bankruptcy Court - Northern District of Texas		https://ecf.txnb.uscourts.gov/cgi-bin/SearchClaims.pl?8714121896328...

Case 25-44309-elm13    Doc 49-1    Filed 03/04/26    Entered 03/04/26 16:44:29    Desc
Exhibit A - Claims Registry Summary    Page 5 of 7

Debtor's Ex. A - Claims Registry Summary

Amount claimed: $2766.19
Secured claimed: $0.00

*History:*

| Details | 14-1 | 01/06/2026 Claim #14 filed by Pinnacle Credit Services, LLC, Amount claimed: $2766.19 (Ridgeway, Helga) |

*Description:*
*Remarks:*

| *Creditor:* (23123085) Propel Financial Services 12672 Silicon Drive, Suite 150 San Antonio, TX 78249 | **Claim No: 15** *Original Filed Date*: 01/09/2026 *Original Entered Date*: 01/09/2026 | *Status:* *Filed by:* CR *Entered by:* Howard Marc Spector *Modified:* |

Amount claimed: $22907.62
Secured claimed: $22907.62

*History:*

| Details | 15-1 | 01/09/2026 Claim #15 filed by Propel Financial Services, Amount claimed: $22907.62 (Spector, Howard) |

*Description:*
*Remarks:*

| *Creditor:* (23044151) Zion First National Bank Mortgage 1801 Main St 2nd Fl Houston, TX 77002 | **Claim No: 16** *Original Filed Date*: 02/09/2026 *Original Entered Date*: 02/09/2026 | *Status:* *Filed by:* CR *Entered by:* Christopher Marvin Lee *Modified:* |

Amount claimed: $600000.00
Secured claimed: $600000.00

*History:*

| Details | 16-1 | 02/09/2026 Claim #16 filed by Zion First National Bank, Amount claimed: $600000.00 (Lee, Christopher) |

*Description:* (16-1) 8216 County Road 539 , Hico Texas, 76457
*Remarks:*

| *Creditor:* (23235954) First National Bank and Trust First National Bank & Trust Company of W 220 Palo Pinto St Weatherford, TX 76086 | **Claim No: 17** *Original Filed Date*: 02/09/2026 *Original Entered Date*: 02/09/2026 | *Status:* *Filed by:* CR *Entered by:* Christopher Marvin Lee *Modified:* |

Amount claimed: $260000.00

*History:*

| Details | 17-1 | 02/09/2026 Claim #17 filed by First National Bank and Trust, Amount claimed: $260000.00 (Lee, Christopher) |

*Description:* (17-1) Business Debt
*Remarks:*

| *Creditor:* (23075599) | **Claim No: 18** | *Status:* |

Case 25-44309-elm13    Doc 49-1    Filed 03/04/26    Entered 03/04/26 16:44:29    Desc
Exhibit A - Claims Registry Summary - Page 6 of 7

Debtor's Ex. A - Claims Registry Summary

Zion First National Bank
1801 Main St 2nd Fl
Houston, TX 77002

*Original Filed Date*: 02/09/2026
*Original Entered Date*: 02/09/2026

*Filed by:* CR
*Entered by:* Christopher Marvin Lee
*Modified:*

Amount claimed: $700000.00
Secured claimed: $700000.00

*History:*

| Details | 18-1 | 02/09/2026 Claim #18 filed by Zion First National Bank, Amount claimed: $700000.00 (Lee, Christopher) |

*Description:* (18-1) Mortgage
*Remarks:*

---

*Creditor:*    (23239342)
CGB AGRIFINANCIAL SERVICES, INC.
C/O JOHN MASSOUH
SPROUSE SHRADER SMITH PLLC
PO BOX 15008
AMARILLO TX 79105

**Claim No: 19**
*Original Filed Date*: 02/12/2026
*Original Entered Date*: 02/12/2026

*Status:*
*Filed by:* CR
*Entered by:* John F. Massouh
*Modified:*

Amount claimed: $1658649.36
Secured claimed: $1658649.36

*History:*

| Details | 19-1 | 02/12/2026 Claim #19 filed by CGB AGRIFINANCIAL SERVICES, INC., Amount claimed: $1658649.36 (Massouh, John) |

*Description:* (19-1) Money loaned
*Remarks:*

---

*Creditor:*    (23245421)
Aidvantage on behalf of
Dept of Education
PO Box 300001
Greenville Tx 75403

**Claim No: 20**
*Original Filed Date*: 02/17/2026
*Original Entered Date*: 02/17/2026

*Status:*
*Filed by:* CR
*Entered by:* Debbie Francis
*Modified:*

Amount claimed: $26252.00

*History:*

| Details | 20-1 | 02/17/2026 Claim #20 filed by Aidvantage on behalf of, Amount claimed: $26252.00 (Francis, Debbie) |

*Description:*
*Remarks:*

---

# Claims Register Summary

**Case Name:** Anthony Charles Tordiglione
**Case Number:** 25-44309-elm13
**Chapter:** 13
**Date Filed:** 11/03/2025
**Total Number Of Claims:** 20

| **Total Amount Claimed*** | $4030121.19 |

U.S. Bankruptcy Court - Northern District of Texas    https://ecf.txnb.uscourts.gov/cgi-bin/SearchClaims.pl?8714121896328...

Case 25-44309-elm13　Doc 49-1　Filed 03/04/26　Entered 03/04/26 16:44:29　Desc
Exhibit A - Claims Registry Summary    Debtor's Ex. A - Claims Registry Summary    Page 7 of 7

| Total Amount Allowed* | |
|---|---|

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $3678349.55 | |
| **Priority** | $7318.16 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/04/2026 15:46:57 | | | |
| **PACER Login:** | everett163 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 25-44309-elm13 Filed or Entered From: 2/12/2025 Filed or Entered To: 3/4/2026 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Not Exempt | **Exempt reason:** | Not Exempt |