# United States Bankruptcy Court

Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br>Anthony Charles Tordiglione,<br><br>Debtor. | Case No. 25-44309<br><br>Chapter 11<br>Subchapter V |

## ORDER CONVERTING CASE TO CHAPTER 11 (SUBCHAPTER V)

CAME ON FOR CONSIDERATION the Debtor's Motion to Convert Case to Chapter 11 (Subchapter V). After considering the Motion and the record in this case, the Court finds that cause exists under 11 U.S.C. § 1307(d) to convert this case.

IT IS THEREFORE ORDERED THAT:

1. The Motion is GRANTED

2. This case is converted from Chapter 13 to Chapter 11 pursuant to 11 U.S.C. § 1307(d).

3. The case shall proceed as a Subchapter V small business case under 11 U.S.C. §§ 1181–1195.

4. The United States Trustee shall appoint a Subchapter V trustee.

5. The Clerk shall update the docket accordingly.

6. The Debtor shall file a Status Report pursuant to 11 U.S.C. § 1188 no later than 14 days before the status conference.

IT IS SO ORDERED.

# # # END OF ORDER # # #

Submitted by:

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Proposed Counsel for Debtor