Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Debtor

# United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

| | |
|---|---|
| In re:<br>Anthony Charles Tordiglione,<br>Debtor, | Case No. 25-44309-elm13<br><br>Chapter 13 |

### NOTICE OF SUBSTITUTION OF COUNSEL

NOTICE IS HEREBY GIVEN that Clayton L. Everett of Norred Law, PLLC hereby substitutes as proposed counsel for the Debtor, Anthony Charles Tordiglione, in the above-captioned bankruptcy case.

Clayton L. Everett requests that all notices, pleadings, and correspondence in this case be served upon the following:

> Clayton L. Everett
> Texas State Bar No. 24065212
> Norred Law, PLLC
> 515 E. Border Street
> Arlington, Texas 76010
> Telephone: (817) 704-3984
> Email: clayton@norredlaw.com

The Debtor consents to this substitution of counsel. Prior counsel may remain on the service list unless otherwise ordered by the Court.

> Respectfully submitted,
>
> Norred Law, PLLC
> By: /s/ Clayton L. Everett
> Clayton L. Everett, TXBN: 24065212
> Proposed Counsel for Debtor

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 5th day of March, 2026, a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon all parties entitled to notice.

                                          /s/ Clayton L. Everett
                                          Clayton L. Everett