**Tim Truman**
**Standing Chapter 13 Trustee**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**Telephone: (817) 770-8500**
**Facsimile: (817) 498-1362**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No.: 25-44309-ELM |
| | § | Chapter 13 |
| ANTHONY CHARLES TORDIGLIONE | § | Hearing Date: April 2, 2026  8:30 am |
| | § | |
| | § | |
| Debtor | § | |

### TRUSTEE'S NOTICE OF CONTINUANCE

**NOTICE IS HEREBY GIVEN** that the "CONFIRMATION OF CHAPTER 13 PLAN" matter has been continued from March 5, 2026  8:30 am to a court hearing on **April 2, 2026  8:30 am** to be held  **at the United States Bankruptcy Court, 501 W. 10th Street, Room 204, Fort Worth, TX  76102, or by WebEx at: https://us-courts.webex.com/meet/Morris,  Meeting ID: 2309 445 3213 (for Telephone Dial-In 1-650-479-3207).**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Notice of Continuance" was served on the parties entitled to electronic notice by the Bankruptcy Clerk and/or on the parties listed below in the manner listed below on or before 03/06/2026.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
State Bar No.  20258000
Angela Allen
State Bar No.  007869700
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
Telephone: (817) 770-8500
Facsimile: (817) 498-1362

**DEBTOR: BY ELECTRONIC SERVICE/EMAIL**
ANTHONY CHARLES TORDIGLIONE - BY EMAIL.
**DEBTOR  ATTORNEY, NOTICE OF APPEARANCE CREDITORS, US TRUSTEE: BY ELECTRONIC SERVICE/EMAIL:**

REAVES AND LEE PLLC, 8701 BEDFORD EULESS RD STE 510, HURST, TX  76053
MCCREARY VESELKA BRAGG & ALLEN, PO BOX 1269, ROUND ROCK, TX  78680
SPROUSE SHRADER SMITH PC, 701 S TAYLOR  STE 500, PO BOX 15008, AMARILLO, TX  79105-5008
MCCARTHY AND HOLTHUS, 1255 W 15TH ST #1060, PLANO, TX  75075
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219
SPECTOR & COX PLLC, 12770 COIT RD STE 850, DALLAS, TX  75251
GRIFFITH JAY AND MICHEL LLP, 2200 FOREST PARK BLVD, FORT WORTH, TX  76110
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242