**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:

**ANTHONY CHARLES TORDIGLIONE**                                    **Case No. 25-44309-ELM**

   **DEBTOR(S),**

**REPORT OF ( NOT HELD) SECTION 341 MEETING
AND TRUSTEE'S RECOMMENDATION CONCERNING CONFIRMATION**

**Meeting Information:**          Meeting Date: March 18, 2026          Time:  1:30 pm

                                          Original Date:  December 17, 2025

1. Debtor(s) Appeared?          D1:  **NO**
                                            ID Checked:     **NO**
                                            SS Checked:     **NO**

2. Debtor(s) attorney/paralegal appeared?  **NO**          Debtor(s) attorney\firm:
                                                                      *representing*  **NORRED LAW PLLC**

3. Creditors Appeared:     *representing*

4. **341 Meeting:   NOT HELD**

5. Payment Information:

   Current monthly payment per Plan:          **$1,500.00**          First Payment due:     **12/3/2025**
   $ rec'd as of 3/19/2026                              **$1,500.00**          Length of Plan:          **60 months**
   Base Amount per Plan:                              **$651,000.00**

**Confirmation Issues:  REFER TO LEGAL:  NO**

The tests for Confirmation have/have not been met, as follows:

**N**   6. Disposable Income(monthly):          **$0.00**   x  **36**  ACP  =  Unsecured Pool per Trustee:  **$0.00**

**N**   7. Base Amount is sufficient.                              UCP per Plan:  **$0.00**

**Y**   8. Debtor is Eligible (Unsecured & Priority under $419,275.00; Secured under $1,257,850.00.)

**N**   9. Best Interest: Exemptions:   Federal: **NO**          State:  **Texas**

   Non-exempt Property Description and Equity in
   each item:                                                    **real estate-1,378,366.55
                                                                  hhg-10050
                                                                  electronics-3300
                                                                  collectalbes-3000
                                                                  sports/hobbies-6000
                                                                  clothes-4000
                                                                  jewelry-5500
                                                                  nonfarm animal-150
                                                                  bank account -7000
                                                                  businesses/llcs-380,600
                                                                  a/r - btw/shc-340,578
                                                                  Farm equipment-75,000
                                                                  Inventory-Winery-670,000
                                                                  farm animals-195,000
                                                                  Crops/Grapes-24,000
                                                                  Farm equipment-16,000
                                                                  Farm Supplies-7,000**

   Total  Equity in non-exempt prop. $  **3125544.55** Total Non-Exempt Equity per Plan:  **$2,599,067.77**

11. Exemptions Proper:     If no, explain:

**N** 12. Feasibility: Surplus per I & J:  **($1,894.92)**

   _ Step          _ Balloon          _ Unemployed          **X** Negative Surplus/          _ Projected Income          Other:  **no poi (p&l)**
                                                                      Insuff Surplus

| Plan Payments: | Which Debtor | Start Date | Pmt Amt | Frequency | # of Periods |
|---|---|---|---|---|---|
| | D1 | 12/03/2025 | $1,500.00 | MO | 5 |
| | D1 | 05/03/2026 | $11,700.00 | MO | 55 |

**N** 13. Good Faith Petition and Plan:

**Debtor(s):  ANTHONY CHARLES TORDIGLIONE**                                              **Page 2**
**Case No.    25-44309-ELM**

      a.  Plan Payment at least 90 % I minus J $ **($1,705.45)**

      b.  Plan **does not** contain non-standard language.

      c.  Other:

14.  Domestic Support Obligation: Debtor testified that all post-petition DSO have been paid.

**N**  15.  Debtor testified that previous 4 years tax returns have been
      filed with the IRS. If no, year(s) not filed:

      Year(s) not provided to Trustee's office:   **2020, 2021, 2022**

**Y**  16.  Business Case Meeting Required?

**Y**  17.  Debtor Attorney Fees meet Guidelines.

By:        /s/  Dona Kitchen
      Dona Kitchen
      Presiding Officer

18.  <u>Legal Department Notes</u>:  Trustee recommends confirmation based on the above representations except:

Objection to be Filed?:  **NO**
Objection Type:        **No Objection Needed**

By:      <u>Angela Allen</u>
      Attorney for Trustee / Trustee