Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Proposed Attorney for the Debtor

# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re: | Case No. 25-44309-elm13 |
| Anthony Charles Tordiglione, | |
| | Chapter 13 |
| Debtor. | |

## NOTICE OF HEARING ON DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 11 (SUBCHAPTER V) AND REQUEST FOR ENTRY OF SUBCHAPTER V SCHEDULING ORDER

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that a hearing on the *Debtor's Motion to Convert Case to Chapter 11 (Subchapter V) and Request for Entry of Subchapter V Scheduling Order* [Dkt.49] has been set for **Wednesday, April 8, 2026, at 1:30 p.m.** before the Honorable Edward L. Morris, United States Bankruptcy Judge. Parties may attend in person at the United States Courthouse at 501 W. Tenth Street, Fort Worth, Texas 76102, Room 204 or via WebEx, information below:

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/morris

Meeting Number: 2309-445-3213

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 2309 445 3213

**WebEx Hearing Instructions may be obtained at the following address:**

**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0**

DATE:    March 31, 2026.

Respectfully submitted:

By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686
Proposed Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, a true and correct copy of the above document shall be served electronically on the Chapter 13 Trustee and all parties entitled to electronic notice.

*/s/ Clayton L. Everett*
Clayton L. Everett