*McCarthy & Holthus, LLP*
Cole Patton SBN 24037247
Yoshie Valadez SBN 24091142
Nancy Lee SBN 272035 (CA)
MHTbankruptcy@mccarthyholthus.com
*1255 West 15th Street Suite 1060 Plano, TX 75075*
*Phone: (214) 291-3800*
*Fax:     (214) 291-3801*
*ATTORNEYS FOR MOVANT*
*TX-25-187613*

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### FT. WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-44309-elm13 |
| ANTHONY CHARLES TORDIGLIONE | § | |
|     DEBTOR(S) | § | CHAPTER 13 |
| | § | |
| GUILD MORTGAGE COMPANY LLC, ITS | § | |
| ASSIGNEES AND/OR SUCCESSORS | § | A HEARING HAS BEEN SET |
|     MOVANT | § | ON THIS MOTION FOR: |
| | § | 4/22/2026 AT 9:30 AM |
| VS. | § | |
| | § | |
| ANTHONY CHARLES TORDIGLIONE | § | |
|     DEBTOR(S) | § | |
| AND TIM TRUMAN, TRUSTEE | § | |
|     RESPONDENTS | § | |
| | § | |

### MOTION OF GUILD MORTGAGE COMPANY LLC, ITS ASSIGNEES AND/OR SUCCESSORS, FOR RELIEF FROM STAY OF AN ACT AGAINST PROPERTY

### *L.B.R. 4001-1(b)*

*PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(b), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.*

*ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. TENTH STREET, FORT WORTH, TEXAS 76102-3643, BEFORE CLOSE OF BUSINESS ON 4/16/2026 WHICH IS AT LEAST 14 DAYS FROM THE DATE OF SERVICE HEREOF.  A COPY SHALL BE SERVED ON COUNSEL FOR THE MOVING PARTY AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE.  ANY RESPONSE SHALL INCLUDE A DETAILED AND*

***COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.***

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW GUILD MORTGAGE COMPANY LLC, ITS ASSIGNEES AND/OR SUCCESSORS (hereinafter "Movant"), a secured creditor in the within case, and hereby moves this Court for relief from the automatic stay pursuant to 11 U.S.C. § 362(d), Bankruptcy Rules 4001 and 9014, L.B.R. 4001-1 and 9014-1.  The facts supporting this motion are set forth in the Affidavit in Support of Motion for Relief from Automatic Stay (the "Affidavit") being filed concurrently herewith.  In further support thereof, Movant respectfully states as follows:

### I.  JURISDICTION

1. This Court has jurisdiction of the subject matter and parties pursuant to 28 U.S.C. §§ 157(a) and 1334.

2. The matter is a core proceeding in accordance with 28 U.S.C. §157(b)(2)(G).

3. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### II.  FACTS

4. On 11/3/2025, Anthony Charles Tordiglione, hereinafter referred to as the Debtor, whether one or more, filed a voluntary petition under Chapter 13 of the Bankruptcy Code, thereby initiating the above-styled bankruptcy proceeding. TIM TRUMAN is the duly appointed and acting trustee.  This court has jurisdiction over the pending matter, pursuant to 28 U.S.C. § 1334 and 11 U.S.C. §§ 362(d) and 554(b).

5. On 4/12/2018, Anthony C. Tordiglione executed a Promissory Note, hereinafter referred to as the Note, in the original principal amount of $424,100.00, payable to the order of Guild Mortgage Company LLC, hereinafter referred to as the Loan.  The Movant is an entity entitled to enforce the Note.  Movant owns or otherwise holds the Note that either names the

Movant as the payee or is indorsed to the Movant or indorsed in blank, or payable to bearer.  A true and correct copy of the Note is attached to the Affidavit and incorporated herein for all purposes.

6.      Concurrently with the execution of the Note, Anthony C. Tordiglione and Cynthia R. Tordiglione executed a Deed of Trust, hereinafter referred to as the Security Instrument, securing payment of the Note and encumbering certain real property described as:

**LOT 7, RANCHES OF BEAR CREEK, PHASE III, AN ADDITION IN PARKER COUNTY, TEXAS, ACCORDING TO PLAT AS RECORDED IN PLAT CABINET B, SLIDE 655, PLAT RECORDS, PARKER COUNTY, TEXAS.**

Also known as: 178 Sams Lane, Aledo, TX 76008 (the "Property").

The Security Instrument was duly recorded in the PARKER County Deed Records.  A true and correct copy of the Security Instrument is attached to the Affidavit and incorporated herein for all purposes.

7.      All rights and remedies under the Security Instrument were thereafter assigned to the Movant.  A true and correct copy of the said assignment(s) are attached to the Affidavit and incorporated herein for all purposes.

8.      According to the Debtor's Schedule A, the estimated market value of the Property is $1,915,000.00.

9.      The Loan, which is an obligation owed to Movant, is in default as the monthly installment payments due and owing have not been made pursuant to the terms of the above-described Note.

10.      As of 3/11/2026, the total unpaid principal balance of the Loan was approximately $360,168.25.

11.    As of 3/11/2026, the total amount of post-petition payments due under the Loan is

$15,500.40 which consists of the following:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|
| 4 | 12/01/2025 | 03/01/2026 | $3,875.10 | $15,500.40 |
| Total: | | | | $15,500.40 |

12.    A true and correct copy of a post-petition payment history is attached to the

Affidavit and incorporated herein for all purposes.

### III.  RELIEF REQUESTED

13.    Movant requests that the Honorable Court terminate the automatic stay for cause

pursuant to 11 U.S.C. § 362(d) to allow Movant to exercise all of its rights and remedies against the

Debtor under state law, including, inter alia, foreclosing its lien on the Property.  Good cause exists

for the lifting of the automatic stay because the Debtor has little or no equity in the Property.  In

addition, as this is a Chapter 13 proceeding and Debtor is not receiving income from the Property,

the Property is not necessary for an effective reorganization.

14.    In the alternative, Movant alleges that cause exists for the lifting of the stay in that

the Debtor has not offered Movant adequate protection for its interest in the Property.  The plan

provides for adequate protection in the form of ongoing monthly payments to be paid directly to

Movant.  Debtor's delinquency indicates either a willful non-compliance with the confirmed plan or

an inability to meet the terms of the plan.  As such, cause exists for the lifting of the stay.

15.    It has been necessary for Movant to hire the law firm of McCarthy & Holthus, LLP

to file this motion.  Movant reserves all rights to seek reimbursement of reasonable attorneys' fees

incurred in enforcing its rights as a secured creditor to the extent allowed by the Bankruptcy Code

and otherwise applicable law.

16.     Movant requests that an Order granting its motion for relief from automatic stay, if such Order should be entered, will be effective immediately upon entry and, pursuant to Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure, enforcement of such Order will not be stayed until the expiration of fourteen (14) days after entry of the Order.

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Court enter an Order granting relief from the automatic stay pursuant to 11 U.S.C. §362(d) as follows:

A.     To allow Movant to exercise and enforce all its rights and remedies against the Debtor as a secured creditor and perfected lienholder to the Property, including, but not limited to, foreclosure and disposition of the Property, under applicable state law and, payment of costs, expenses, and reasonable attorneys' fees in accordance with the terms of the Note and Security Instrument and related loan documents and to the extent allowed by the Bankruptcy Code and otherwise applicable law;

B.     That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

C.     That the Order be binding and effective immediately upon entry such that the 14-day stay prescribed by Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure be waived; and

D.     For such other relief to which Movant may show itself justly entitled, either at law or in equity.

//

//

//

Dated: April 2, 2026

Respectfully Submitted,

MCCARTHY & HOLTHUS, LLP


*/s/ Nancy Lee*
Cole Patton SBN 24037247
Yoshie Valadez SBN 24091142
Nancy Lee SBN 272035 (CA)
MHTbankruptcy@mccarthyholthus.com
1255 West 15th Street Suite 1060
Plano, TX 75075
Phone: (214) 291-3800
Fax: (214) 291-3801
Atty File No.: TX-25-187613
ATTORNEYS FOR MOVANT


## CERTIFICATE OF CONFERENCE

COMES NOW Nancy Lee, Attorney for Movant, and affirms that a conference was held via email with Norred Law, PLLC, counsel for Debtor, on 3/13/2026 at 1:45 p.m. prior to filing this motion in an attempt to negotiate a settlement of the dispute. An agreement could not be reached.


MCCARTHY & HOLTHUS, LLP

*/s/ Nancy Lee*
Cole Patton SBN 24037247
Yoshie Valadez SBN 24091142
Nancy Lee SBN 272035 (CA)
MHTbankruptcy@mccarthyholthus.com
Atty file no.: TX-25-187613

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Relief was served on all parties listed below by U.S. Mail first class postage prepaid or electronically through the Court's ECF System at the email address registered with the Court on 4/2/2026.

By U.S. Mail:

Anthony Charles Tordiglione
178 Sams Ln
Aledo, TX 76008

Parker CAD
Attn: Linebarger Goggan Blair & Sampson, LLP
C/O Camille Stecker
3500 Maple Ave 800
Dallas, TX 75219

Electronically through the Court's ECF System:

COUNSEL FOR DEBTOR(S)
Clayton Everett
515 E. Border St., Ste 163
Arlington, TX 76010

Christopher Marvin Lee
Reaves & Lee, PLLC
8701 W. Bedford Euless Road
Suite 510
Hurst, TX 76053

TRUSTEE
Tim Truman
6851 N.E. Loop 820
Suite 300
North Richland Hills, TX 76180

U.S. TRUSTEE
US Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

CGB AGRIFINANCIAL SERVICES, INC.
Attn: John F. Massouh
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101

County of Erath
Attn: Julie Anne Parsons
McCreary Veselka Bragg & Allen PC
PO Box 1269
Round Rock, TX 78680

First Bank Texas
Attn: Mark Joseph Petrocchi
Griffith, Jay & Michel, LLP
2200 Forest Park Boulevard
Ft. Worth, TX 76110

Hico ISD
Attn: Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P O Box 17428
2700 Via Fortuna Ste 400 (78746)
Austin, TX 78741

Hico ISD
Attn: Camille Stecker
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue, Suite 800
Dallas, TX 75219

Parker CAD
Attn: Camille Stecker
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue, Suite 800
Dallas, TX 75219

Propel Financial Services as agent and attorney in fact for FNA 8, LLC
Attn: Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Road
Banner Place, Suite 850
Dallas, TX 75251

MCCARTHY & HOLTHUS, LLP

 /s/ Nancy Lee
Nancy Lee
Atty file no.: TX-25-187613