*McCarthy & Holthus, LLP*
Cole Patton SBN 24037247
Yoshie Valadez SBN 24091142
Nancy Lee SBN 272035 (CA)
MHTbankruptcy@mccarthyholthus.com
*1255 West 15th Street Suite 1060 Plano, TX 75075*
*Phone: (214) 291-3800*
*Fax:     (214) 291-3801*
*ATTORNEYS FOR MOVANT*
*TX-25-187613*

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FT. WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| **ANTHONY CHARLES** | § | |
| **TORDIGLIONE,** | § | **CASE NO. 25-44309-elm13** |
| **DEBTOR(S)** | § | **CHAPTER 13** |
| | § | |
| **GUILD MORTGAGE COMPANY LLC,** | § | |
| **ITS ASSIGNEES AND/OR** | § | |
| **SUCCESSORS** | § | |
| **MOVANT** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **ANTHONY CHARLES** | § | |
| **TORDIGLIONE, DEBTOR(S) AND** | § | |
| **TIM TRUMAN, TRUSTEE,** | § | |
| **RESPONDENTS** | | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the *Motion for Relief from Automatic of Act Against Property* filed by GUILD MORTGAGE COMPANY LLC, ITS ASSIGNEES AND/OR SUCCESSORS (collectively referred to as "Movant"), a secured creditor, has been set for hearing on the docket of The Honorable Edward L. Morris, United States Bankruptcy Judge on 4/22/2026, at 9:30 AM via Webex Link: https://us-courts.webex.com/meet/morris; Meeting Number: 2309-445-3213; Dial-In: (650) 479-3207; Access Code: 2309-445-3213.

Respectfully Submitted,
MCCARTHY & HOLTHUS, LLP


*/s/ Nancy Lee*
Cole Patton SBN 24037247
Yoshie Valadez SBN 24091142
Nancy Lee SBN 272035 (CA)
MHTbankruptcy@mccarthyholthus.com
1255 West 15th Street Suite 1060
Plano, TX 75075
Phone: (214) 291-3800
Fax: (214) 291-3801
Atty File No.: TX-25-187613
ATTORNEYS FOR MOVANT

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Hearing was served on all parties listed below by U.S. Mail first class postage prepaid or electronically through the Court's ECF System at the email address registered with the Court on 4/2/2026.

By U.S. Mail:

Anthony Charles Tordiglione
178 Sams Ln
Aledo, TX 76008

Parker CAD
Attn: Linebarger Goggan Blair & Sampson, LLP C/O Camille Stecker
3500 Maple Ave 800
Dallas, TX 75219

Electronically through the Court's ECF System:

COUNSEL FOR DEBTOR(S)
Christopher Marvin Lee
Reaves & Lee, PLLC
8701 W. Bedford Euless Road, Suite 510
Hurst, TX 76053

Clayton Everett
515 E. Border St., Ste 163
Arlington, TX 76010

TRUSTEE
Tim Truman
6851 N.E. Loop 820
Suite 300
North Richland Hills, TX 76180

U.S. TRUSTEE
US Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

CGB AGRIFINANCIAL SERVICES, INC.
Attn: John F. Massouh
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101

County of Erath
Attn: Julie Anne Parsons
McCreary Veselka Bragg & Allen PC
PO Box 1269
Round Rock, TX 78680

First Bank Texas
Attn: Mark Joseph Petrocchi
Griffith, Jay & Michel, LLP
2200 Forest Park Boulevard
Ft. Worth, TX 76110

Hico ISD
Attn: Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P O Box 17428
2700 Via Fortuna Ste 400 (78746)
Austin, TX 78741

Hico ISD
Attn: Camille Stecker
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219

Parker CAD
Attn: Camille Stecker
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219

Propel Financial Services as agent and attorney in fact for FNA 8, LLC
Attn: Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Road
Banner Place, Suite 850
Dallas, TX 75251

McCARTHY & HOLTHUS, LLP

*/s/ Nancy Lee*
Nancy Lee
Atty file no.: TX-25-187613