

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 8, 2026**

_____
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-44309-ELM |
| ANTHONY CHARLES TORDIGLIONE, | § | |
| | § | Chapter 13 |
| Debtor. | § | |

**ORDER GRANTING DEBTOR'S MOTION TO CONVERT CASE TO CASE**
**UNDER CHAPTER 11 (SUBCHAPTER V) AND FOR ISSUANCE**
**OF SUBCHAPTER V SCHEDULING ORDER**

CAME ON FOR HEARING on April 8, 2026, the *Debtor's Motion to Convert Case to Chapter 11 (Subchapter V) and Request for Entry of Subchapter V Scheduling Order* [Docket No. 49] (the "**Motion**").  The Court finds that service of the Motion was duly provided, that the Motion included negative notice language requiring a response by no later than March 25, 2026, and that no objection or response in opposition to the relief requested by the Motion has been filed.

Additionally, for purposes of the requested conversion, based upon the uncontroverted testimony of the Debtor provided at the hearing, the Court finds that the Debtor is a "small business debtor" as defined in 11 U.S.C. § 101(51D), that the Debtor has made the election for the chapter 11 case to proceed under subchapter V of chapter 11 of the Bankruptcy Code, and that cause has been shown for the deadline provided by 11 U.S.C. § 1189(b) to be extended until ninety (90) days after the date of entry of this Order and that the need for such extension is attributable to circumstances for which the Debtor should not justly be held accountable.  Accordingly, it is hereby:

**ORDERED** that the Motion is GRANTED on the terms set forth herein; it is further

**ORDERED** that this case shall be and is hereby converted from a case under chapter 13 of the Bankruptcy Code to a case under chapter 11 of the Bankruptcy Code; it is further

**ORDERED** that the chapter 11 case shall proceed under subchapter V of chapter 11 of the Bankruptcy Code; it is further

**ORDERED** that, following the conversion, the United States Trustee shall promptly appoint a subchapter V trustee to the case; it is further

**ORDERED** that, pursuant to 11 U.S.C. § 1189(b), the deadline for the Debtor to file a plan shall be and is hereby extended until ninety (90) days after the date of entry of this Order; and it is further

**ORDERED** that, following the conversion, the Clerk of Court shall promptly issue a subchapter V case scheduling order consistent with the terms of this Order.

# # #   END OF ORDER   # # #