United States Bankruptcy Court

Northern District of Texas

In re:

Anthony Charles Tordiglione

    Debtor

Case No. 25-44309-elm

Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 09, 2026 | Form ID: pdf020 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anthony Charles Tordiglione, 178 Sams Ln, Aledo, TX 76008-4884 |
| cr | + | CGB AGRIFINANCIAL SERVICES, INC., c/o JOHN MASSOUH, SPROUSE SHRADER SMITH, PO BOX 15008, AMARILLO, TX 79105-5008 |
| 23239342 | + | CGB AGRIFINANCIAL SERVICES, INC., C/O JOHN MASSOUH, SPROUSE SHRADER SMITH PLLC, PO BOX 15008, AMARILLO TX 79105-5008 |
| 23235954 | + | First National Bank and Trust, First National Bank & Trust Company of W, 220 Palo Pinto St, Weatherford, TX 76086-4383 |
| 23044120 | + | Griffith, Jay Michel, LLP, 2200 Forest Park Boulevard, Fort Worth, TX 76110-1732 |
| 23044135 | | Navient, 123 S Justice St, Wilmington, DE 19801 |
| 23044137 | + | Sprouse Shrader Smith, PLLC, Attorneys at Law, P.O. Box 15008, Amarillo, TX 79105-5008 |
| 23044147 | + | United States Attorney - North, 1100 Commerce St., Third Floor, Dallas, TX 75242-1001 |
| 23075599 | + | Zion First National Bank, 1801 Main St 2nd Fl, Houston, TX 77002-8119 |
| 23044152 | + | Zion First National Bank, HELOC, 1801 Main St 2nd Fl, Houston, TX 77002-8119 |
| 23044151 | + | Zion First National Bank, Mortgage, 1801 Main St 2nd Fl, Houston, TX 77002-8119 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: 341Docs@ch13ftw.com | Apr 09 2026 21:44:00 | Tim Truman, 6851 N.E. Loop 820, Suite 300, N Richland Hills, TX 76180-6608 |
| cr | | Email/Text: julie.parsons@mvbalaw.com | Apr 09 2026 21:44:00 | County of Erath, McCreary Veselka Bragg & Allen, P.C., c/o Julie Anne Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |
| cr | | Email/Text: FBTBankruptcy@go2fbt.com | Apr 09 2026 21:43:00 | First Bank Texas, 200 S. Ave. E, Haskell, TX 79521 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 09 2026 21:44:00 | Parker CAD, C/O Camille Stecker, 3500 Maple Avenue, Suite 800, DALLAS, TX 75219, UNITED STATES 75219-3959 |
| cr | ^ | MEBN | Apr 09 2026 21:40:58 | Propel Financial Services as agent and attorney in, c/o Howard Marc Spector, 12770 Coit Rd., Ste 850, Dallas, TX 75251-1364 |
| 23245421 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 09 2026 21:55:28 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 23089731 | | Email/PDF: bncnotices@becket-lee.com | Apr 09 2026 21:55:35 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 23044114 | + | Email/PDF: bncnotices@becket-lee.com | Apr 09 2026 21:55:35 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 23044115 | + | Email/Text: CSD-BankSO@oag.texas.gov | Apr 09 2026 21:44:00 | Attorney General, PO Box 12017, Austin, TX 78711-2017 |
| 23044116 | + | Email/Text: Bank4@oag.texas.gov | Apr 09 2026 21:43:00 | Attorney General of Texas, Bankruptcy Section, |

District/off: 0539-4 | User: admin | Page 2 of 5
Date Rcvd: Apr 09, 2026 | Form ID: pdf020 | Total Noticed: 58

| | | | |
|---|---|---|---|
| | | | 400 South Zang, Ste 1100, Dallas, TX 75208-6646 |
| 23044117 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 09 2026 21:55:38 | Citibank, Po Box 78045, Phoenix, AZ 85062-8045 |
| 23096309 | | Email/Text: julie.parsons@mvbalaw.com | |
| | | Apr 09 2026 21:44:00 | County of Erath, McCreary, Veselka, Bragg & Allen PC, c/o Julie Anne Parsons, PO BOX 1269, Round Rock, Texas 78680-1269 |
| 23044118 | + | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Apr 09 2026 21:55:29 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 23044119 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | |
| | | Apr 09 2026 21:44:00 | Credit Systems International, Inc, PO Box 1088, Arlington, TX 76004-1088 |
| 23068222 | | Email/Text: bkdocs@guildmortgage.net | |
| | | Apr 09 2026 21:43:00 | Guild Mortgage Company LLC, P O Box 85304, San Diego, CA 92186-5046 |
| 23044121 | ^ | MEBN | |
| | | Apr 09 2026 21:39:43 | Guild Mortgage Company, Attn: Bankruptcy, P.o. Box 85046, San Diego, CA 92186-5046 |
| 23053427 | + | Email/Text: mhtbkanhsselffilings@mccarthyholthus.com | |
| | | Apr 09 2026 21:44:00 | Guild Mortgage Company LLC, c/o McCarthy Holthus, LLP, 1255 West 15th Street, Suite 1060, Plano, TX 75075-4220 |
| 23083354 | + | Email/Text: Austin.Bankruptcy@lgbs.com | |
| | | Apr 09 2026 21:44:00 | Hico ESD, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 23083353 | + | Email/Text: Austin.Bankruptcy@lgbs.com | |
| | | Apr 09 2026 21:44:00 | Hico ISD, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 23044122 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Apr 09 2026 21:44:00 | Internal Revenue Service, IRS - SBSE Insolvency Area 10, 1100 Commerce St., MC 5026 DAL, Dallas, TX 75242-1100 |
| 23044125 | ^ | MEBN | |
| | | Apr 09 2026 21:41:11 | Internal Revenue Service, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711-3528 |
| 23044131 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Apr 09 2026 21:55:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23044128 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Apr 09 2026 21:44:00 | Linebarger Goggan Blair et al, 2777 N Stemmons Freeway 1100, Dallas, TX 75207-2513 |
| 23044127 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Apr 09 2026 21:44:00 | Linebarger Goggan Blair et al, 2323 Bryan 1600, Dallas, TX 75201-2637 |
| 23044129 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Apr 09 2026 21:44:00 | Linebarger, Goggan, Blair & Sampson, LLC, 2777 N. Stemmons Fwy., Suite 1000, Dallas, TX 75207-2328 |
| 23044130 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Apr 09 2026 21:44:00 | Linebarger, Goggan, Blair & Sampson, LLC, 2777 N. Stemmons Freeway 1000, Dallas, TX 75207-2328 |
| 23044132 | + | Email/Text: mhtbkanhsselffilings@mccarthyholthus.com | |
| | | Apr 09 2026 21:44:00 | McCarthy & Holthus, LLP, Attorneys At Law, 1255 West 15th Street Suite 1060, Plano, TX 75075-4220 |
| 23117263 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Apr 09 2026 21:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 23044133 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Apr 09 2026 21:44:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 23044134 | ^ | MEBN | |
| | | Apr 09 2026 21:39:18 | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 23075581 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Apr 09 2026 21:44:00 | Parker CAD, Linebarger Goggan Blair & Sampson, LLP, C/O Camille Stecker, 3500 Maple Ave 800, Dallas, TX 75219-3959 |
| 23060599 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Apr 09 2026 21:44:00 | Parker CAD, Linebarger Goggan Blair & Sampson, LLP, c/o Camille Stecker, 3500 Maple |

| | | | | |
|---|---|---|---|---|
| | | | | Ave., Suite 800, Dallas, TX 75219-3959 |
| 23119431 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2026 21:55:23 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23123085 | + | Email/Text: bncnotices@outlook.com | Apr 09 2026 21:44:00 | Propel Financial Services, 12672 Silicon Drive, Suite 150, San Antonio, TX 78249-3450 |
| 23075582 | + | Email/Text: bncnotices@outlook.com | Apr 09 2026 21:44:00 | Propel Tax, P.O. Box 100350, San Antonio, TX 78201-1650 |
| 23044136 | ^ | MEBN | Apr 09 2026 21:41:08 | Reaves & Lee, Pllc, 8701 Bedford Euless Rd, 505, 8701 Bedford Euless Rd 505, Hurst, TX 76053-3874 |
| 23048344 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2026 21:55:35 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23044138 | | Email/Text: pacer@cpa.state.tx.us | Apr 09 2026 21:44:00 | State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Ecleto, TX 78111 |
| 23044139 | | Email/Text: pacer@cpa.state.tx.us | Apr 09 2026 21:44:00 | State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711 |
| 23044143 | | Email/Text: pacer@cpa.state.tx.us | Apr 09 2026 21:44:00 | Texas Comptroller of Public Accounts, PO Box 13528, Austin, TX 78711 |
| 23044140 | + | Email/Text: bankruptcyclerk@tabc.texas.gov | Apr 09 2026 21:44:00 | Texas Alcohol Beverage Commission, Licenses & Permits Divsion, PO Box 13127, Austin, TX 78711-3127 |
| 23044141 | | Email/Text: bankruptcyclerk@tabc.texas.gov | Apr 09 2026 21:44:00 | Texas Alcohol Beverage Commission, Licenses & Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23044144 | + | Email/Text: collections.pacer@twc.texas.gov | Apr 09 2026 21:44:00 | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23044146 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 09 2026 21:44:00 | Transworld System Inc, Attn: Bankruptcy, PO Box 15618, Wilmington, DE 19850-5618 |
| 23044148 | ^ | MEBN | Apr 09 2026 21:39:53 | United States Attorney General, Main Justice Building, 10th and Constitution Ave 5111, Washington, DC 20530-0001 |
| 23044150 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 09 2026 21:44:00 | United States Trustee, 1100 Commerce St., Room 9C60, Dallas, TX 75242-9998 |
| 23044149 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 09 2026 21:44:00 | United States Trustee, 1100 Commerce St., Room 976, Dallas, TX 75242-0996 |

TOTAL: 47

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | GUILD MORTGAGE COMPANY LLC, 5887 COPLEY DRIVE, SAN DIEGO CA 92111-7906, address filed with court:, Guild Mortgage Company LLC, P O Box 85304, San Diego, CA 92186-5046 |
| 23089733 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 23075559 | *+ | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 23075560 | *+ | Attorney General, PO Box 12017, Austin, TX 78711-2017 |
| 23075561 | *+ | Attorney General of Texas, Bankruptcy Section, 400 South Zang, Ste 1100, Dallas, TX 75208-6646 |
| 23075562 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Citibank, Po Box 78045, Phoenix, AZ 85062-8045 |
| 23075563 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 23075564 | *+ | Credit Systems International, Inc, PO Box 1088, Arlington, TX 76004-1088 |
| 23075566 | *P++ | GUILD MORTGAGE COMPANY LLC, 5887 COPLEY DRIVE, SAN DIEGO CA 92111-7906, address filed with court:, Guild Mortgage Company LLC, P O Box 85304, San Diego, CA 92186-5046 |

District/off: 0539-4 User: admin Page 4 of 5

Date Rcvd: Apr 09, 2026 Form ID: pdf020 Total Noticed: 58

| | | |
|---|---|---|
| 23075565 | *+ | Griffith, Jay Michel, LLP, 2200 Forest Park Boulevard, Fort Worth, TX 76110-1732 |
| 23044123 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency, PO Box 21126, Philadelphia, PA 19114 |
| 23075568 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency, PO Box 21126, Philadelphia, PA 19114 |
| 23044126 | *+ | Internal Revenue Service, Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23075571 | *+ | Internal Revenue Service, Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23044124 | * | Internal Revenue Service, Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23075569 | * | Internal Revenue Service, Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23075567 | *+ | Internal Revenue Service, IRS - SBSE Insolvency Area 10, 1100 Commerce St., MC 5026 DAL, Dallas, TX 75242-1100 |
| 23075570 | *+ | Internal Revenue Service, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711-3528 |
| 23075576 | *+ | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23075573 | *+ | Linebarger Goggan Blair et al, 2777 N Stemmons Freeway 1100, Dallas, TX 75207-2513 |
| 23075572 | *+ | Linebarger Goggan Blair et al, 2323 Bryan 1600, Dallas, TX 75201-2637 |
| 23075574 | *+ | Linebarger, Goggan, Blair & Sampson, LLC, 2777 N. Stemmons Fwy., Suite 1000, Dallas, TX 75207-2328 |
| 23075575 | *+ | Linebarger, Goggan, Blair & Sampson, LLC, 2777 N. Stemmons Freeway 1000, Dallas, TX 75207-2328 |
| 23075577 | *+ | McCarthy & Holthus, LLP, Attorneys At Law, 1255 West 15th Street Suite 1060, Plano, TX 75075-4220 |
| 23075578 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 23075579 | *+ | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 23075580 | * | Navient, 123 S Justice St, Wilmington, DE 19801 |
| 23075583 | *+ | Reaves & Lee, Pllc, 8701 Bedford Euless Rd, 505, 8701 Bedford Euless Rd 505, Hurst, TX 76053-3874 |
| 23075584 | * | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23075585 | *+ | Sprouse Shrader Smith, PLLC, Attorneys at Law, P.O. Box 15008, Amarillo, TX 79105-5008 |
| 23075586 | * | State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Ecleto, TX 78111 |
| 23075587 | *P++ | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION, PO BOX 13528, AUSTIN TX 78711-3528, address filed with court:, State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711 |
| 23075591 | *P++ | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION, PO BOX 13528, AUSTIN TX 78711-3528, address filed with court:, Texas Comptroller of Public Accounts, PO Box 13528, Austin, TX 78711 |
| 23075588 | *+ | Texas Alcohol Beverage Commission, Licenses & Permits Divsion, PO Box 13127, Austin, TX 78711-3127 |
| 23075589 | * | Texas Alcohol Beverage Commission, Licenses & Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23044142 | * | Texas Alcohol Beverage Commission, Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23075590 | * | Texas Alcohol Beverage Commission, Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23044145 | *+ | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th St., Austin, TX 78778-0001 |
| 23075593 | *+ | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th St., Austin, TX 78778-0001 |
| 23075592 | *+ | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23075594 | *+ | Transworld System Inc, Attn: Bankruptcy, PO Box 15618, Wilmington, DE 19850-5618 |
| 23075595 | *+ | United States Attorney - North, 1100 Commerce St., Third Floor, Dallas, TX 75242-1001 |
| 23075596 | *+ | United States Attorney General, Main Justice Building, 10th and Constitution Ave 5111, Washington, DC 20530-0001 |
| 23075598 | *+ | United States Trustee, 1100 Commerce St., Room 9C60, Dallas, TX 75242-9998 |
| 23075597 | *+ | United States Trustee, 1100 Commerce St., Room 976, Dallas, TX 75242-0996 |

TOTAL: 0 Undeliverable, 45 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026 Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

District/off: 0539-4                          User: admin                                    Page 5 of 5

Date Rcvd: Apr 09, 2026                        Form ID: pdf020                              Total Noticed: 58

| Name | Email Address |
|---|---|
| Camille Stecker | on behalf of Creditor Hico ESD Camille.Stecker@lgbs.com Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;camille.stecker@ecf.courtdrive.com;Mirian.Zavala@lgbs.com |
| Camille Stecker | on behalf of Creditor Parker CAD Camille.Stecker@lgbs.com Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;camille.stecker@ecf.courtdrive.com;Mirian.Zavala@lgbs.com |
| Camille Stecker | on behalf of Creditor Hico ISD Camille.Stecker@lgbs.com Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;camille.stecker@ecf.courtdrive.com;Mirian.Zavala@lgbs.com |
| Christopher Marvin Lee | on behalf of Debtor Anthony Charles Tordiglione ecf@reaveslee.com ecf@reaveslee.com;ecf@leebankruptcy.com;clerk@leebankruptcy.com;LeeLawFirmPLLC@jubileebk.net |
| Clayton Everett | on behalf of Debtor Anthony Charles Tordiglione clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Diane W. Sanders | on behalf of Creditor Hico ISD austin.bankruptcy@lgbs.com |
| Diane W. Sanders | on behalf of Creditor Hico ESD austin.bankruptcy@lgbs.com |
| Howard Marc Spector | on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA 8  LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;hspector@ecf.courtdrive.com |
| John F. Massouh | on behalf of Creditor CGB AGRIFINANCIAL SERVICES  INC. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| Julie Anne Parsons | on behalf of Creditor County of Erath jparsons@mvbalaw.com karla.alexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Mark Joseph Petrocchi | on behalf of Creditor First Bank Texas mpetrocchi@lawgjm.com acamarena@lawgjm.com;mpetrocchi@yahoo.com;acamarena@lawgjm.com |
| Nancy L Lee | on behalf of Creditor Guild Mortgage Company LLC mhtbkanhsselffilings@mccarthyholthus.com  nlee@mccarthyholthus.com |
| Tim Truman | truman341docs@ch13ftw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 14



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 8, 2026**

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-44309-ELM |
| ANTHONY CHARLES TORDIGLIONE, | § | |
| | § | Chapter 13 |
| Debtor. | § | |

**ORDER GRANTING DEBTOR'S MOTION TO CONVERT CASE TO CASE
UNDER CHAPTER 11 (SUBCHAPTER V) AND FOR ISSUANCE
OF SUBCHAPTER V SCHEDULING ORDER**

CAME ON FOR HEARING on April 8, 2026, the *Debtor's Motion to Convert Case to Chapter 11 (Subchapter V) and Request for Entry of Subchapter V Scheduling Order* [Docket No. 49] (the "**Motion**"). The Court finds that service of the Motion was duly provided, that the Motion included negative notice language requiring a response by no later than March 25, 2026, and that no objection or response in opposition to the relief requested by the Motion has been filed.

Additionally, for purposes of the requested conversion, based upon the uncontroverted testimony of the Debtor provided at the hearing, the Court finds that the Debtor is a "small business debtor" as defined in 11 U.S.C. § 101(51D), that the Debtor has made the election for the chapter 11 case to proceed under subchapter V of chapter 11 of the Bankruptcy Code, and that cause has been shown for the deadline provided by 11 U.S.C. § 1189(b) to be extended until ninety (90) days after the date of entry of this Order and that the need for such extension is attributable to circumstances for which the Debtor should not justly be held accountable. Accordingly, it is hereby:

**ORDERED** that the Motion is GRANTED on the terms set forth herein; it is further

Page 1

**ORDERED** that this case shall be and is hereby converted from a case under chapter 13 of the Bankruptcy Code to a case under chapter 11 of the Bankruptcy Code; it is further

**ORDERED** that the chapter 11 case shall proceed under subchapter V of chapter 11 of the Bankruptcy Code; it is further

**ORDERED** that, following the conversion, the United States Trustee shall promptly appoint a subchapter V trustee to the case; it is further

**ORDERED** that, pursuant to 11 U.S.C. § 1189(b), the deadline for the Debtor to file a plan shall be and is hereby extended until ninety (90) days after the date of entry of this Order; and it is further

**ORDERED** that, following the conversion, the Clerk of Court shall promptly issue a subchapter V case scheduling order consistent with the terms of this Order.

# # #  END OF ORDER  # # #