United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Erin Marie Schmidt,
for the United States Trustee
Erin.Schmidt2@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **CASE NO. 25-44309-ELM** |
| **ANTHONY CHARLES** | § | |
| **TORDIGLIONE,** | § | **CHAPTER 11** |
| | § | **(Subchapter V)** |
| **Debtor.** | § | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned cases:

Katharine Battaia Clark
Thompson Coburn LLP
2100 Ross Avenue, Suite 3200
Dallas, Texas 75201
Main: 972-629-7100
Fax: 972-629-7171
kclark@thompsoncoburn.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is

attached to this notice.

Dated: Dallas, Texas
April 17, 2026

LISA L. LAMBERT
UNITED STATES TRUSTEE
REGION 6


*/s/ Erin Marie Schmidt*
Erin Marie Schmidt
Trial Attorney
Texas State Bar No. 24033042
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov


## Certificate of Service

I certify that a copy of this document was served on April 20, 2026, via the Court's CM/ECF system on all parties requesting such service in this case and First-Class United States Mail, postage prepaid, on each party listed on the attached Creditor Matrix.

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt

United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Erin Marie Schmidt,
for the United States Trustee
Erin.Schmidt2@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **CASE NO. 25-44309-ELM** |
| **ANTHONY CHARLES** | § | |
| **TORDIGLIONE,** | § | **CHAPTER 11** |
| | § | **(Subchapter V)** |
| **Debtor.** | § | |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as

Subchapter V Trustee in this proceeding, I hereby verify that I am a "disinterested person" as

defined by 11 U.S.C. §101(14) in that I:

(a)     am not a creditor, equity security holder or insider of the debtor;

(b)     am not, and was not, within two years before the date of filing of the
petition, a director, officer, or employee of the debtor; and

(c)     am a partner in a law firm, Thompson Coburn LLP (the "Firm"), and
pursuant to a conflicts check performed using the Firm's conflict system
of the named parties in interest in this chapter 11 case presently available,
we do not have an interest materially adverse to the interest of the estate or
of any class of creditors or equity security holders, by reason of any direct
or indirect relationship to, connection with, or interest in, the debtor, or for
any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at the hourly rate of $575.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as Subchapter V Trustee in this case pursuant to FRBP 2008.

Dated: April 16, 2026

_Katharine Battaia Clark_

**KATHARINE BATTAIA CLARK,
SUBCHAPTER V TRUSTEE**

Label Matrix for local noticing
0539-4
Case 25-44309-elm11
Northern District of Texas
Ft. Worth
Thu Apr  9 14:40:47 CDT 2026

CGB AGRIFINANCIAL SERVICES, INC.
c/o JOHN MASSOUH
SPROUSE SHRADER SMITH
PO BOX 15008
AMARILLO, TX 79105-5008

County of Erath
McCreary Veselka Bragg & Allen, P.C.
c/o Julie Anne Parsons
P.O. Box 1269
Round Rock, TX 78680-1269

(p)FIRST NATIONAL BANK BAIRD DBA FIRST BANK T
301 E STATE HWY 114
GRAPEVINE TX 76051-7601

(p)GUILD MORTGAGE COMPANY LLC
5887 COPLEY DRIVE
SAN DIEGO CA 92111-7906

Parker CAD
Linebarger Goggan Blair & Sampson, LLP
C/O Camille Stecker
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

Propel Financial Services as agent and attor
c/o Howard Marc Spector
12770 Coit Rd., Ste 850
Dallas, TX 75251-1364

501 W. Tenth Street
Fort Worth, TX 76102-3637

Aidvantage on behalf of
Dept of Education
PO Box 300001
Greenville Tx 75403-3001

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amex
PO Box 297871
Fort Lauderdale, FL 33329-7871

Attorney General
PO Box 12017
Austin, TX 78711-2017

Attorney General of Texas
Bankruptcy Section
400 South Zang, Ste 1100
Dallas, TX 75208-6646

CGB AGRIFINANCIAL SERVICES, INC.
C/O JOHN MASSOUH
SPROUSE SHRADER SMITH PLLC
PO BOX 15008
AMARILLO TX 79105-5008

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

County of Erath
McCreary, Veselka, Bragg & Allen PC
c/o Julie Anne Parsons
PO BOX 1269
Round Rock, Texas 78680-1269

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Credit Systems International, Inc
PO Box 1088
Arlington, TX 76004-1088

First National Bank and Trust
First National Bank & Trust Company of W
220 Palo Pinto St
Weatherford, TX 76086-4383

Griffith, Jay Michel, LLP
2200 Forest Park Boulevard
Fort Worth, TX 76110-1732

Guild Mortgage Company
Attn: Bankruptcy
P.o. Box 85046
San Diego, CA 92186-5046

Guild Mortgage Company LLC
c/o McCarthy Holthus, LLP
1255 West 15th Street, Suite 1060
Plano, TX 75075-4220

Hico ESD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

Hico ISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

Internal Revenue Service
IRS - SBSE Insolvency Area 10
1100 Commerce St., MC 5026 DAL
Dallas, TX 75242-1100

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Revenue Accounting Div Bankruptcy
PO Box 13528
Austin, TX 78711-3528

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Linebarger Goggan Blair et al
2323 Bryan 1600
Dallas, TX 75201-2637

Linebarger Goggan Blair et al
2777 N Stemmons Freeway 1100
Dallas, TX 75207-2513

Linebarger, Goggan, Blair & Sampson, LLC
2777 N. Stemmons Freeway 1000
Dallas, TX 75207-2328

Linebarger, Goggan, Blair & Sampson, LLC
2777 N. Stemmons Fwy., Suite 1000
Dallas, TX 75207-2328

McCarthy & Holthus, LLP
Attorneys At Law
1255 West 15th Street Suite 1060
Plano, TX 75075-4220

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Credit Mgmt
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193-9069

Mohela/dofed
Po Box 300001
Greenville, TX 75403-3001

Navient
123 S Justice St
Wilmington, DE 19801

Parker CAD
Linebarger Goggan Blair & Sampson, LLP
C/O Camille Stecker
3500 Maple Ave 800
Dallas, TX 75219-3959

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Propel Financial Services
12672 Silicon Drive, Suite 150
San Antonio, TX 78249-3450

Propel Tax
P.O. Box 100350
San Antonio, TX 78201-1650

Reaves & Lee, Pllc
8701 Bedford Euless Rd
505
8701 Bedford Euless Rd 505
Hurst, TX 76053-3874

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Sprouse Shrader Smith, PLLC
Attorneys at Law
P.O. Box 15008
Amarillo, TX 79105-5008

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

State Comptroller
Revenue Accounting Div Bankruptcy
PO Box 13528
Ecleto, TX 78111

Texas Alcohol Beverage Commission
Licenses & Permits Division
PO Box 13127
Austin, TX 78711-3127

Texas Alcohol Beverage Commission
Licenses & Permits Divsion
PO Box 13127
Austin, TX 78711-3127

Texas Employment Commission
TEC Building - Bankruptcy
101 E. 15th St.
Austin, TX 78778-0001

Transworld System Inc
Attn: Bankruptcy
PO Box 15618
Wilmington, DE 19850-5618

United States Attorney - North
1100 Commerce St., Third Floor
Dallas, TX 75242-1001

United States Attorney General
Main Justice Building
10th and Constitution Ave 5111
Washington, DC 20530-0001

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

United States Trustee
1100 Commerce St., Room 9C60
Dallas, TX 75242-9998

Zion First National Bank
1801 Main St 2nd Fl
Houston, TX 77002-8119

Zion First National Bank
HELOC
1801 Main St 2nd Fl
Houston, TX 77002-8119

Zion First National Bank
Mortgage
1801 Main St 2nd Fl
Houston, TX 77002-8119

Anthony Charles Tordiglione
178 Sams Ln
Aledo, TX 76008-4884

Christopher Marvin Lee
Reaves & Lee, PLLC
8701 W. Bedford Euless Road
Suite 510
Hurst, TX 76053-3874

Clayton Everett
515 E. Border St.
Ste 163
76010
Arlington, TX 76010-7402

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Bank Texas
200 S. Ave. E
Haskell, TX 79521

Guild Mortgage Company LLC
P O Box 85304
San Diego, CA 92186-5046

Citibank
Po Box 78045
Phoenix, AZ 85062-8045

(d)Guild Mortgage Company LLC
P O Box 85304
San Diego, CA 92186-5046

Internal Revenue Service
Insolvency
PO Box 21126
Philadelphia, PA 19114

State Comptroller
Revenue Accounting Div Bankruptcy
PO Box 13528
Austin, TX 78711

(d)Texas Comptroller of Public Accounts
PO Box 13528
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Hico ESD

(u)Hico ISD

(d)Internal Revenue Service
Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

(d)Parker CAD
Linebarger Goggan Blair & Sampson, LLP
c/o Camille Stecker
3500 Maple Ave., Suite 800
Dallas, TX 75219-3959

(d)Texas Alcohol Beverage Commission
Licenses and Permits Division
PO Box 13127
Austin, TX 78711-3127

(d)Texas Employment Commission
TEC Building - Bankruptcy
101 E. 15th Street
Austin, TX 78778-0001

(d)United States Trustee
1100 Commerce St., Room 976
Dallas, TX 75242-0996

End of Label Matrix
Mailable recipients    60
Bypassed recipients     7
Total                  67