## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 25-44309-elm11** |
| **ANTHONY CHARLES TORDIGLONE** | § | |
| | § | |
| | § | **Chapter 11** |
| **DEBTOR** | § | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF DOCUMENTS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Ciera Bank, a Creditor, by and through its Attorney of Record, Minor & Jester, P.C., Christopher B. Henry, for the firm, filing this Notice of Appearance and Request for Service of Documents in this entitled and numbered Cause and does request all notices given or required to be given in this Cause, and in any consolidated or associated cases, and all documents filed in this Cause, be given to and served upon the following attorney:

**MINOR & JESTER, P.C.**
Christopher B. Henry
P.O. Box 280
Denton, Texas 76202
(T) 940-387-7585
(F) 940-808-0054
chenry@minorandjester.com

This request encompasses all notices and pleadings referred to in § 1109(b), Title 11, United States Code, or in Bankruptcy Rules 2002, 3017, 9007 or 9010(b). including, without limitations, notices of any orders, motions, complaints, petitions, pleadings or requests, applications and any other documents or instruments brought before this Honorable Court, whether formal or informal, written or oral, or transmitted or conveyed by United States Mail,

delivery, telephone, facsimile or otherwise, which effect of seek to affect the above styled and

numbered Cause.

Respectfully submitted,

**MINOR & JESTER, P.C.**
502 W. Oak St., Suite 200
P. O. Box 280
Denton, Texas 76202
Telephone:  940-387-7585
Facsimile:  940-808-0054

By: \s\Christopher B. Henry
 Christopher B. Henry
 State Bar Number 24065400
 Attorney for Ciera Bank

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of April, 2026, a true and correct copy of the foregoing was served via electronic means, if available, otherwise by regular, First Class mail to all ECF registrants in this case.

\s\Christopher B. Henry
 Christopher B. Henry