UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

ANTHONY CHARLES TORDIGLIONE

CASE NO: 25-44309

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 74

On 4/22/2026, I did cause a copy of the following documents, described below,

Notice of Chapter 11 - Meeting of Creditors ECF Docket Reference No. 74

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/22/2026

/s/ Clayton L. Everett
Clayton L. Everett

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

ANTHONY CHARLES TORDIGLIONE

CASE NO: 25-44309

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 74

On 4/22/2026, a copy of the following documents, described below,

Notice of Chapter 11 - Meeting of Creditors ECF Docket Reference No. 74

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/22/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

EXCLUDE

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-44309
NORTHERN DISTRICT OF TEXAS
TUE APR 21 13-18-51 PST 2026

CGB AGRIFINANCIAL SERVICES   INC
CO JOHN MASSOUH
SPROUSE SHRADER SMITH
PO BOX 15008
AMARILLO   TX 79105-5008

(U)CIERA BANK

COUNTY OF ERATH
MCCREARY VESELKA BRAGG  ALLEN  PC
CO JULIE ANNE PARSONS
PO BOX 1269
ROUND ROCK  TX 78680-1269

(P)FIRST NATIONAL BANK BAIRD DBA FIRST BANK
TEXAS
301 E STATE HWY 114
GRAPEVINE TX 76051-7601

(P)GUILD MORTGAGE COMPANY LLC
5887 COPLEY DRIVE
SAN DIEGO CA 92111-7906

EXCLUDE

EXCLUDE

(U)HICO ESD

(U)HICO ISD

PARKER CAD
LINEBARGER GOGGAN BLAIR  SAMPSON  LLP
CO CAMILLE STECKER
3500 MAPLE AVENUE
SUITE 800
DALLAS  TX 75219-3959

EXCLUDE

PROPEL FINANCIAL SERVICES AS AGENT AND ATTOR
CO HOWARD MARC SPECTOR
12770 COIT RD  STE 850
DALLAS  TX 75251-1364

501 W TENTH STREET
FORT WORTH  TX 76102-3637

AIDVANTAGE ON BEHALF OF
DEPT OF EDUCATION
PO BOX 300001
GREENVILLE TX 75403-3001

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

AMEX
PO BOX 297871
FORT LAUDERDALE  FL 33329-7871

ATTORNEY GENERAL
PO BOX 12017
AUSTIN  TX 78711-2017

ATTORNEY GENERAL OF TEXAS
BANKRUPTCY SECTION
400 SOUTH ZANG  STE 1100
DALLAS  TX 75208-6646

CGB AGRIFINANCIAL SERVICES  INC
CO JOHN MASSOUH
SPROUSE SHRADER SMITH PLLC
PO BOX 15008
AMARILLO TX 79105-5008

(P)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

COUNTY OF ERATH
MCCREARY  VESELKA  BRAGG  ALLEN PC
CO JULIE ANNE PARSONS
PO BOX 1269
ROUND ROCK  TEXAS 78680-1269

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS  NV 89193-8873

CREDIT SYSTEMS INTERNATIONAL  INC
PO BOX 1088
ARLINGTON  TX 76004-1088

FIRST BANK TEXAS
100 WILLOW BEND DRIVE
WILLOW PARK TX 76008-5746

FIRST NATIONAL BANK AND TRUST
FIRST NATIONAL BANK  TRUST COMPANY OF W
220 PALO PINTO ST
WEATHERFORD  TX 76086-4383

GRIFFITH  JAY MICHEL  LLP
2200 FOREST PARK BOULEVARD
FORT WORTH  TX 76110-1732

EXCLUDE

GUILD MORTGAGE COMPANY
ATTN BANKRUPTCY
PO BOX 85046
SAN DIEGO  CA 92186-5046

(D)(P)GUILD MORTGAGE COMPANY LLC
5887 COPLEY DRIVE
SAN DIEGO CA 92111-7906

GUILD MORTGAGE COMPANY LLC
CO MCCARTHY HOLTHUS  LLP
1255 WEST 15TH STREET  SUITE 1060
PLANO  TX 75075-4220

HICO ESD
CO DIANE W SANDERS
LINEBARGER GOGGAN BLAIR  SAMPSON  LLP
PO BOX 17428
AUSTIN  TX 78760-7428

HICO ISD
CO DIANE W SANDERS
LINEBARGER GOGGAN BLAIR  SAMPSON  LLP
PO BOX 17428
AUSTIN  TX 78760-7428

INTERNAL REVENUE SERVICE
IRS  SBSE INSOLVENCY AREA 10
1100 COMMERCE ST  MC 5026 DAL
DALLAS  TX 75242-1100

EXCLUDE

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
INSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

(D)INTERNAL REVENUE SERVICE
INSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

INTERNAL REVENUE SERVICE
REVENUE ACCOUNTING DIV BANKRUPTCY
PO BOX 13528
AUSTIN  TX 78711-3528

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LINEBARGER GOGGAN BLAIR ET AL
2323 BRYAN 1600
DALLAS  TX 75201-2637

LINEBARGER GOGGAN BLAIR ET AL
2777 N STEMMONS FREEWAY 1100
DALLAS  TX 75207-2513

LINEBARGER  GOGGAN  BLAIR  SAMPSON  LLC
2777 N STEMMONS FREEWAY 1000
DALLAS  TX 75207-2328

LINEBARGER  GOGGAN  BLAIR  SAMPSON  LLC
2777 N STEMMONS FWY  SUITE 1000
DALLAS  TX 75207-2328

MCCARTHY  HOLTHUS  LLP
ATTORNEYS AT LAW
1255 WEST 15TH STREET SUITE 1060
PLANO  TX 75075-4220

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

MIDLAND CREDIT MGMT
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO  CA 92193-9069

MOHELADOFED
PO BOX 300001
GREENVILLE  TX 75403-3001

NAVIENT
123 S JUSTICE ST
WILMINGTON  DE 19801

PARKER CAD
LINEBARGER GOGGAN BLAIR  SAMPSON  LLP
CO CAMILLE STECKER
3500 MAPLE AVE 800
DALLAS  TX 75219-3959

EXCLUDE

(D)PARKER CAD
LINEBARGER GOGGAN BLAIR  SAMPSON  LLP
CO CAMILLE STECKER
3500 MAPLE AVE  SUITE 800
DALLAS  TX 75219-3959

PINNACLE CREDIT SERVICES  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

PROPEL FINANCIAL SERVICES
12672 SILICON DRIVE  SUITE 150
SAN ANTONIO  TX 78249-3450

PROPEL TAX
PO BOX 100350
SAN ANTONIO  TX 78201-1650

REAVES  LEE  PLLC
8701 BEDFORD EULESS RD
505
8701 BEDFORD EULESS RD 505
HURST  TX 76053-3874

RESURGENT RECEIVABLES  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

SPROUSE SHRADER SMITH  PLLC
ATTORNEYS AT LAW
PO BOX 15008
AMARILLO  TX 79105-5008

(P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV  BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

STATE COMPTROLLER
REVENUE ACCOUNTING DIV BANKRUPTCY
PO BOX 13528
ECLETO TX 78111

TEXAS ALCOHOL BEVERAGE COMMISSION
LICENSES PERMITS DIVISION
PO BOX 13127
AUSTIN TX 78711-3127

TEXAS ALCOHOL BEVERAGE COMMISSION
LICENSES PERMITS DIVSION
PO BOX 13127
AUSTIN TX 78711-3127

EXCLUDE

(D)TEXAS ALCOHOL BEVERAGE COMMISSION
LICENSES AND PERMITS DIVISION
PO BOX 13127
AUSTIN TX 78711-3127

EXCLUDE

(D)(P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

TEXAS EMPLOYMENT COMMISSION
TEC BUILDING BANKRUPTCY
101 E 15TH ST
AUSTIN TX 78778-0001

EXCLUDE

(D)TEXAS EMPLOYMENT COMMISSION
TEC BUILDING BANKRUPTCY
101 E 15TH STREET
AUSTIN TX 78778-0001

TRANSWORLD SYSTEM INC
ATTN BANKRUPTCY
PO BOX 15618
WILMINGTON DE 19850-5618

UNITED STATES ATTORNEY NORTH
1100 COMMERCE ST THIRD FLOOR
DALLAS TX 75242-1001

UNITED STATES ATTORNEY GENERAL
MAIN JUSTICE BUILDING
10TH AND CONSTITUTION AVE 5111
WASHINGTON DC 20530-0001

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS TX 75242-0996

EXCLUDE

(D)UNITED STATES TRUSTEE
1100 COMMERCE ST ROOM 976
DALLAS TX 75242-0996

UNITED STATES TRUSTEE
1100 COMMERCE ST ROOM 9C60
DALLAS TX 75242-9998

ZION FIRST NATIONAL BANK
1801 MAIN ST 2ND FL
HOUSTON TX 77002-8119

ZION FIRST NATIONAL BANK
HELOC
1801 MAIN ST 2ND FL
HOUSTON TX 77002-8119

ZION FIRST NATIONAL BANK
MORTGAGE
1801 MAIN ST 2ND FL
HOUSTON TX 77002-8119

DEBTOR

ANTHONY CHARLES TORDIGLIONE
178 SAMS LN
ALEDO TX 76008-4884

CHRISTOPHER MARVIN LEE
8701 BEDORF EULESS RD
SUITE 510
HURST TX 76053-3874

CLAYTON EVERETT
515 E BORDER ST
STE 163
76010
ARLINGTON TX 76010-7402

KATHARINE B CLARK SBRA V
THOMPSON COBURN LLP
2100 ROSS AVENUE SUITE 3200
DALLAS TX 75201-6704