United States Bankruptcy Court

Northern District of Texas

In re:                                                                                    Case No. 25-44309-elm

Anthony Charles Tordiglione                                                               Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                          User: admin                              Page 1 of 5

Date Rcvd: Apr 30, 2026                       Form ID: pdf013                          Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anthony Charles Tordiglione, 178 Sams Ln, Aledo, TX 76008-4884 |
| cr | + | CGB AGRIFINANCIAL SERVICES, INC., c/o JOHN MASSOUH, SPROUSE SHRADER SMITH, PO BOX 15008, AMARILLO, TX 79105-5008 |
| intp | + | Christopher Marvin Lee, 8701 Bedorf Euless Rd, Suite 510, Hurst, TX 76053-3874 |
| 23239342 | + | CGB AGRIFINANCIAL SERVICES, INC., C/O JOHN MASSOUH, SPROUSE SHRADER SMITH PLLC, PO BOX 15008, AMARILLO TX 79105-5008 |
| 23235954 | + | First National Bank and Trust, First National Bank & Trust Company of W, 220 Palo Pinto St, Weatherford, TX 76086-4383 |
| 23044120 | + | Griffith, Jay Michel, LLP, 2200 Forest Park Boulevard, Fort Worth, TX 76110-1732 |
| 23044135 | | Navient, 123 S Justice St, Wilmington, DE 19801 |
| 23044137 | + | Sprouse Shrader Smith, PLLC, Attorneys at Law, P.O. Box 15008, Amarillo, TX 79105-5008 |
| 23044147 | + | United States Attorney - North, 1100 Commerce St., Third Floor, Dallas, TX 75242-1001 |
| 23075599 | + | Zion First National Bank, 1801 Main St 2nd Fl, Houston, TX 77002-8119 |
| 23044152 | + | Zion First National Bank, HELOC, 1801 Main St 2nd Fl, Houston, TX 77002-8119 |
| 23044151 | + | Zion First National Bank, Mortgage, 1801 Main St 2nd Fl, Houston, TX 77002-8119 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: julie.parsons@mvbalaw.com | Apr 30 2026 22:23:00 | County of Erath, McCreary Veselka Bragg & Allen, P.C., c/o Julie Anne Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |
| cr | | Email/Text: FBTBankruptcy@go2fbt.com | Apr 30 2026 22:22:00 | First Bank Texas, 200 S. Ave. E, Haskell, TX 79521 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 30 2026 22:23:00 | Parker CAD, C/O Camille Stecker, 3500 Maple Avenue, Suite 800, DALLAS, TX 75219, UNITED STATES 75219-3959 |
| cr | ^ | MEBN | Apr 30 2026 22:23:55 | Propel Financial Services as agent and attorney in, c/o Howard Marc Spector, 12770 Coit Rd., Ste 850, Dallas, TX 75251-1364 |
| 23245421 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 30 2026 22:31:49 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 23089731 | | Email/PDF: bncnotices@becket-lee.com | Apr 30 2026 22:31:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 23044114 | + | Email/PDF: bncnotices@becket-lee.com | Apr 30 2026 22:31:02 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 23044115 | + | Email/Text: CSD-BankSO@oag.texas.gov | Apr 30 2026 22:23:00 | Attorney General, PO Box 12017, Austin, TX 78711-2017 |
| 23044116 | + | Email/Text: Bank4@oag.texas.gov | Apr 30 2026 22:23:00 | Attorney General of Texas, Bankruptcy Section, 400 South Zang, Ste 1100, Dallas, TX 75208-6646 |

District/off: 0539-4 | User: admin | Page 2 of 5

Date Rcvd: Apr 30, 2026 | Form ID: pdf013 | Total Noticed: 59

| | | | |
|---|---|---|---|
| 23044117 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 30 2026 22:31:30 | Citibank, Po Box 78045, Phoenix, AZ 85062-8045 |
| 23096309 | | Email/Text: julie.parsons@mvbalaw.com | |
| | | Apr 30 2026 22:23:00 | County of Erath, McCreary, Veselka, Bragg & Allen PC, c/o Julie Anne Parsons, PO BOX 1269, Round Rock, Texas 78680-1269 |
| 23044118 | + | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Apr 30 2026 22:31:50 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 23044119 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | |
| | | Apr 30 2026 22:23:00 | Credit Systems International, Inc, PO Box 1088, Arlington, TX 76004-1088 |
| 23315280 | + | Email/Text: FBTBankruptcy@go2fbt.com | |
| | | Apr 30 2026 22:22:00 | First Bank Texas, 100 Willow Bend Drive, Willow Park TX 76008-5746 |
| 23068222 | | Email/Text: bkdocs@guildmortgage.net | |
| | | Apr 30 2026 22:22:00 | Guild Mortgage Company LLC, P O Box 85304, San Diego, CA 92186-5046 |
| 23044121 | ^ | MEBN | |
| | | Apr 30 2026 22:22:51 | Guild Mortgage Company, Attn: Bankruptcy, P.o. Box 85046, San Diego, CA 92186-5046 |
| 23053427 | + | Email/Text: mhtbkanhsselffilings@mccarthyholthus.com | |
| | | Apr 30 2026 22:23:00 | Guild Mortgage Company LLC, c/o McCarthy Holthus, LLP, 1255 West 15th Street, Suite 1060, Plano, TX 75075-4220 |
| 23083354 | + | Email/Text: Austin.Bankruptcy@lgbs.com | |
| | | Apr 30 2026 22:23:00 | Hico ESD, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 23083353 | + | Email/Text: Austin.Bankruptcy@lgbs.com | |
| | | Apr 30 2026 22:23:00 | Hico ISD, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 23044122 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Apr 30 2026 22:23:00 | Internal Revenue Service, IRS - SBSE Insolvency Area 10, 1100 Commerce St., MC 5026 DAL, Dallas, TX 75242-1100 |
| 23044125 | ^ | MEBN | |
| | | Apr 30 2026 22:23:46 | Internal Revenue Service, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711-3528 |
| 23044131 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Apr 30 2026 22:32:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23044128 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Apr 30 2026 22:23:00 | Linebarger Goggan Blair et al, 2777 N Stemmons Freeway 1100, Dallas, TX 75207-2513 |
| 23044127 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Apr 30 2026 22:23:00 | Linebarger Goggan Blair et al, 2323 Bryan 1600, Dallas, TX 75201-2637 |
| 23044129 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Apr 30 2026 22:23:00 | Linebarger, Goggan, Blair & Sampson, LLC, 2777 N. Stemmons Fwy., Suite 1000, Dallas, TX 75207-2328 |
| 23044130 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Apr 30 2026 22:23:00 | Linebarger, Goggan, Blair & Sampson, LLC, 2777 N. Stemmons Freeway 1000, Dallas, TX 75207-2328 |
| 23044132 | + | Email/Text: mhtbkanhsselffilings@mccarthyholthus.com | |
| | | Apr 30 2026 22:23:00 | McCarthy & Holthus, LLP, Attorneys At Law, 1255 West 15th Street Suite 1060, Plano, TX 75075-4220 |
| 23117263 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Apr 30 2026 22:23:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 23044133 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Apr 30 2026 22:23:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 23044134 | ^ | MEBN | |
| | | Apr 30 2026 22:24:25 | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 23075581 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Apr 30 2026 22:23:00 | Parker CAD, Linebarger Goggan Blair & Sampson, LLP, C/O Camille Stecker, 3500 Maple Ave 800, Dallas, TX 75219-3959 |
| 23060599 | + | Email/Text: dallas.bankruptcy@LGBS.com | |

District/off: 0539-4 | User: admin | Page 3 of 5
Date Rcvd: Apr 30, 2026 | Form ID: pdf013 | Total Noticed: 59

| | | | |
|---|---|---|---|
| | | Apr 30 2026 22:23:00 | Parker CAD, Lineberger Goggan Blair & Sampson, LLP, c/o Camille Stecker, 3500 Maple Ave., Suite 800, Dallas, TX 75219-3959 |
| 23119431 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Apr 30 2026 22:31:51 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23123085 | + Email/Text: bncnotices@outlook.com | | |
| | | Apr 30 2026 22:23:00 | Propel Financial Services, 12672 Silicon Drive, Suite 150, San Antonio, TX 78249-3450 |
| 23075582 | + Email/Text: bncnotices@outlook.com | | |
| | | Apr 30 2026 22:23:00 | Propel Tax, P.O. Box 100350, San Antonio, TX 78201-1650 |
| 23044136 | ^ MEBN | | |
| | | Apr 30 2026 22:24:17 | Reaves & Lee, Pllc, 8701 Bedford Euless Rd, 505, 8701 Bedford Euless Rd 505, Hurst, TX 76053-3874 |
| 23048344 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Apr 30 2026 22:31:12 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23044138 | Email/Text: pacer@cpa.state.tx.us | | |
| | | Apr 30 2026 22:23:00 | State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Ecleto, TX 78111 |
| 23044139 | Email/Text: pacer@cpa.state.tx.us | | |
| | | Apr 30 2026 22:23:00 | State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711 |
| 23044143 | Email/Text: pacer@cpa.state.tx.us | | |
| | | Apr 30 2026 22:23:00 | Texas Comptroller of Public Accounts, PO Box 13528, Austin, TX 78711 |
| 23044140 | + Email/Text: bankruptcyclerk@tabc.texas.gov | | |
| | | Apr 30 2026 22:23:00 | Texas Alcohol Beverage Commission, Licenses & Permits Divsion, PO Box 13127, Austin, TX 78711-3127 |
| 23044141 | Email/Text: bankruptcyclerk@tabc.texas.gov | | |
| | | Apr 30 2026 22:23:00 | Texas Alcohol Beverage Commission, Licenses & Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23044144 | + Email/Text: collections.pacer@twc.texas.gov | | |
| | | Apr 30 2026 22:23:00 | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23044146 | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | Apr 30 2026 22:23:00 | Transworld System Inc, Attn: Bankruptcy, PO Box 15618, Wilmington, DE 19850-5618 |
| 23044148 | ^ MEBN | | |
| | | Apr 30 2026 22:22:04 | United States Attorney General, Main Justice Building, 10th and Constitution Ave 5111, Washington, DC 20530-0001 |
| 23044150 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | | |
| | | Apr 30 2026 22:23:00 | United States Trustee, 1100 Commerce St., Room 9C60, Dallas, TX 75242-9998 |
| 23044149 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | | |
| | | Apr 30 2026 22:23:00 | United States Trustee, 1100 Commerce St., Room 976, Dallas, TX 75242-0996 |

TOTAL: 47

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | GUILD MORTGAGE COMPANY LLC, 5887 COPLEY DRIVE, SAN DIEGO CA 92111-7906, address filed with court:, Guild Mortgage Company LLC, P O Box 85304, San Diego, CA 92186-5046 |
| 23089733 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 23075559 | *+ | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 23075560 | *+ | Attorney General, PO Box 12017, Austin, TX 78711-2017 |
| 23075561 | *+ | Attorney General of Texas, Bankruptcy Section, 400 South Zang, Ste 1100, Dallas, TX 75208-6646 |
| 23075562 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Citibank, Po Box 78045, Phoenix, AZ 85062-8045 |
| 23075563 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 23075564 | *+ | Credit Systems International, Inc, PO Box 1088, Arlington, TX 76004-1088 |

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 4 of 5 |
| Date Rcvd: Apr 30, 2026 | Form ID: pdf013 | Total Noticed: 59 |

| | | |
|---|---|---|
| 23075566 | *P++ | GUILD MORTGAGE COMPANY LLC, 5887 COPLEY DRIVE, SAN DIEGO CA 92111-7906, address filed with court:, Guild Mortgage Company LLC, P O Box 85304, San Diego, CA 92186-5046 |
| 23075565 | *+ | Griffith, Jay Michel, LLP, 2200 Forest Park Boulevard, Fort Worth, TX 76110-1732 |
| 23044123 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency, PO Box 21126, Philadelphia, PA 19114 |
| 23075568 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency, PO Box 21126, Philadelphia, PA 19114 |
| 23044126 | *+ | Internal Revenue Service, Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23075571 | *+ | Internal Revenue Service, Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23044124 | * | Internal Revenue Service, Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23075569 | * | Internal Revenue Service, Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23075567 | *+ | Internal Revenue Service, IRS - SBSE Insolvency Area 10, 1100 Commerce St., MC 5026 DAL, Dallas, TX 75242-1100 |
| 23075570 | *+ | Internal Revenue Service, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711-3528 |
| 23075576 | *+ | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23075573 | *+ | Linebarger Goggan Blair et al, 2777 N Stemmons Freeway 1100, Dallas, TX 75207-2513 |
| 23075572 | *+ | Linebarger Goggan Blair et al, 2323 Bryan 1600, Dallas, TX 75201-2637 |
| 23075574 | *+ | Linebarger, Goggan, Blair & Sampson, LLC, 2777 N. Stemmons Fwy., Suite 1000, Dallas, TX 75207-2328 |
| 23075575 | *+ | Linebarger, Goggan, Blair & Sampson, LLC, 2777 N. Stemmons Freeway 1000, Dallas, TX 75207-2328 |
| 23075577 | *+ | McCarthy & Holthus, LLP, Attorneys At Law, 1255 West 15th Street Suite 1060, Plano, TX 75075-4220 |
| 23075578 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 23075579 | *+ | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 23075580 | * | Navient, 123 S Justice St, Wilmington, DE 19801 |
| 23075583 | *+ | Reaves & Lee, Pllc, 8701 Bedford Euless Rd, 505, 8701 Bedford Euless Rd 505, Hurst, TX 76053-3874 |
| 23075584 | * | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23075585 | *+ | Sprouse Shrader Smith, PLLC, Attorneys at Law, P.O. Box 15008, Amarillo, TX 79105-5008 |
| 23075586 | * | State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Ecleto, TX 78111 |
| 23075587 | *P++ | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION, PO BOX 13528, AUSTIN TX 78711-3528, address filed with court:, State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711 |
| 23075591 | *P++ | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION, PO BOX 13528, AUSTIN TX 78711-3528, address filed with court:, Texas Comptroller of Public Accounts, PO Box 13528, Austin, TX 78711 |
| 23075588 | *+ | Texas Alcohol Beverage Commission, Licenses & Permits Divsion, PO Box 13127, Austin, TX 78711-3127 |
| 23075589 | * | Texas Alcohol Beverage Commission, Licenses & Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23044142 | * | Texas Alcohol Beverage Commission, Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23075590 | * | Texas Alcohol Beverage Commission, Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23044145 | *+ | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th St., Austin, TX 78778-0001 |
| 23075593 | *+ | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th St., Austin, TX 78778-0001 |
| 23075592 | *+ | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23075594 | *+ | Transworld System Inc, Attn: Bankruptcy, PO Box 15618, Wilmington, DE 19850-5618 |
| 23075595 | *+ | United States Attorney - North, 1100 Commerce St., Third Floor, Dallas, TX 75242-1001 |
| 23075596 | *+ | United States Attorney General, Main Justice Building, 10th and Constitution Ave 5111, Washington, DC 20530-0001 |
| 23075598 | *+ | United States Trustee, 1100 Commerce St., Room 9C60, Dallas, TX 75242-9998 |
| 23075597 | *+ | United States Trustee, 1100 Commerce St., Room 976, Dallas, TX 75242-0996 |

TOTAL: 0 Undeliverable, 45 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026                    Signature:        /s/Gustava Winters

District/off: 0539-4         User: admin         Page 5 of 5

Date Rcvd: Apr 30, 2026         Form ID: pdf013         Total Noticed: 59

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Camille Stecker | on behalf of Creditor Hico ESD Camille.Stecker@lgbs.com Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;camille.stecker@ecf.courtdrive.com;Mirian.Zavala@lgbs.com |
| Camille Stecker | on behalf of Creditor Parker CAD Camille.Stecker@lgbs.com Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;camille.stecker@ecf.courtdrive.com;Mirian.Zavala@lgbs.com |
| Camille Stecker | on behalf of Creditor Hico ISD Camille.Stecker@lgbs.com Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;camille.stecker@ecf.courtdrive.com;Mirian.Zavala@lgbs.com |
| Christopher B Henry | on behalf of Creditor Ciera Bank chenry@minorandjester.com sjones@minorandjester.com |
| Clayton Everett | on behalf of Debtor Anthony Charles Tordiglione clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Diane W. Sanders | on behalf of Creditor Hico ISD austin.bankruptcy@lgbs.com |
| Diane W. Sanders | on behalf of Creditor Hico ESD austin.bankruptcy@lgbs.com |
| Howard Marc Spector | on behalf of Creditor Propel Financial Services as agent and attorney in fact for FNA 8 LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;hspector@ecf.courtdrive.com |
| John F. Massouh | on behalf of Creditor CGB AGRIFINANCIAL SERVICES INC. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John Kendrick Turner | on behalf of Creditor Parker CAD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com |
| Julie Anne Parsons | on behalf of Creditor County of Erath jparsons@mvbalaw.com karla.alexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Katharine B. Clark -SBRA V | KClark@ThompsonCoburn.com smeiners@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;KClark@ecf.axosfs.com;cwermuth@thompsoncoburn.com;lcarranza@thompsoncoburn.com |
| Mark Joseph Petrocchi | on behalf of Creditor First Bank Texas mpetrocchi@lawgjm.com acamarena@lawgjm.com;mpetrocchi@yahoo.com;acamarena@lawgjm.com |
| Nancy L Lee | on behalf of Creditor Guild Mortgage Company LLC mhtbkanhsselffilings@mccarthyholthus.com nlee@mccarthyholthus.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 15

**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS  76180-6608**
**(817) 770-8500**
**FAX (817) 770-8508**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

In Re:                                                    Case No: 25-44309-ELM

     ANTHONY CHARLES TORDIGLIONE

     Debtor

---

### NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE

---

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Tim Truman, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered.  The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 204 U.S. Courthouse, 10th and Lamar Street, Fort Worth, Texas  76102-3643 and is available for review.  A summary of the report is as follows:

| | |
|---|---:|
| Total Receipts | $1,500.00 |
| Administrative Disbursements  * | $1,495.00 |
| Debtor Refund Disbursements | $5.00 |
| Secured Disbursements | $0.00 |
| Priority Disbursements | $0.00 |
| Unsecured Disbursements | $0.00 |

* Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk's Fees

| | |
|---|---:|
| Total Disbursements | $1,500.00 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated.

  April 29, 2026                                    /s/ Tim Truman

                                      Tim Truman, Standing Chapter 13 Trustee