Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Proposed Attorney for Debtor

# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>Anthony Charles Tordiglione,<br>Debtor, | Case No. 25-44309-elm11<br><br>Chapter 11 |

## DEBTOR'S SECTION 1188(c) PRE-STATUS CONFERENCE REPORT

Anthony Charles Tordiglione, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), respectfully submits this Pre-Status Conference Report pursuant to 11 U.S.C. § 1188(c) and paragraph 6 of the Court's Scheduling Order and Notice of Status Conference.

### I. BACKGROUND AND CASE STATUS

The Debtor originally filed this case as a voluntary Chapter 13 proceeding on November 3, 2025. After reviewing the proofs of claim filed in the case, which reflected secured indebtedness exceeding $3.6 million and therefore exceeded the statutory eligibility limits under 11 U.S.C. § 109(e), the Debtor moved to convert the case to Chapter 11, Subchapter V. The case was subsequently converted to a Subchapter V proceeding to preserve going-concern value and provide a framework for an orderly reorganization.

The Debtor is currently reviewing and updating his bankruptcy schedules and statements to ensure that they accurately reflect updated asset valuations, filed proofs of claim, and the Debtor's current financial condition. The Debtor's § 341 Meeting of Creditors is scheduled for May 29, 2026.

25-44309-elm13, Pre-Status Conference Report

## II. DESCRIPTION OF THE DEBTOR'S BUSINESS AND OPERATIONS

The Debtor is engaged in substantial ongoing agricultural and business operations. His business activities include ranching and wine production, including interests in Amore Wines of Texas, LLC and Bull Lion Ranch. The assets associated with these operations include livestock, farming equipment, and wine inventory. The Debtor also owns an operational interest in Team Design Lighting & Construction, LLC.

The estate's primary real property assets include the Debtor's homestead property, consisting of approximately 560 acres located in Hico, Texas, which the Debtor values at approximately $10,000,000. The Debtor also owns residential real property located at 178 Sams Lane, Aledo, Texas, which is encumbered by a mortgage serviced by Guild Mortgage Company LLC.

## III. DEBTOR'S EFFORTS TO FORMULATE A PLAN OF REORGANIZATION

The Debtor is actively working with proposed bankruptcy counsel, Clayton L. Everett of Norred Law, PLLC, to prepare a confirmable Chapter 11 Subchapter V plan of reorganization. The anticipated plan will seek to restructure the Debtor's outstanding business obligations, preserve and optimize cash flow from his ongoing ranching and wine production operations, and establish a clear framework for debt service that maximizes value for all creditor classes. Pursuant to 11 U.S.C. § 1189 and paragraph 7 of the Court's Scheduling Order, the Debtor intends to file his plan of reorganization on or before the July 8, 2026 deadline.

The Debtor will begin communicating with key secured creditors and financial stakeholders, including Guild Mortgage Company LLC, regarding past-due balances, post-petition treatment, and the underlying security agreements. Following the conclusion of the § 341 Meeting of Creditors on May 29, 2026, the Debtor intends to begin broader consensus-building discussions

with the Subchapter V Trustee and general unsecured creditors regarding plan treatment and

confirmation issues, with the goal of streamlining the path toward confirmation.

Dated: May 22, 2026.                                    Respectfully submitted,

                                                       Norred Law, PLLC
                                                       By: /s/ Clayton L. Everett
                                                       Clayton L. Everett, TXBN: 24065212
                                                       Proposed Counsel for Debtor


### CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon all parties entitled to notice.

                                                       /s/ Clayton L. Everett
                                                       Clayton L. Everett

25-44309-elm13, Pre-Status Conference Report