Jessica Lynn Haile, State Bar No. 24071580
McMahon, Surovik, Suttle, P.C.
P.O. Box 3679
Abilene Texas 79604-3679
(325) 676-9183
(325) 422-1970 (Fax)
**Email: jhaile@mss.law**

Attorneys for First Bank Texas

## IN THE UNITED STATES BANKRUPTCY DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FT. WORTH DIVISION

| | |
|---|---|
| **IN RE:**<br><br>**ANTHONY CHARLES TORDIGLIONE**<br><br><br>**DEBTOR** | **Case No. 25-44309-elm11**<br><br>**Chapter 11** |

### *NOTICE OF APPEARANCE*
### *AND REQUEST FOR SERVICE OF PAPERS*

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to 11 U.S.C. § 1109(b), if applicable, and Bankruptcy Rule 9010(b), please take notice that the undersigned firm of attorneys is appearing for the following party in the above bankruptcy case:

### FIRST BANK TEXAS

First Bank Texas is a party in interest in this case. The undersigned is substituting for prior counsel Mark Joseph Petrocchi of Griffith, Jay & Michel, LLP, who is retiring from the practice of Law. First Bank Texas consents to this substitution. Pursuant to Rules 2002 and 9010(b) of the

Bankruptcy Rules, the undersigned, on behalf of First Bank Texas, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below.

Please take further notice pursuant to §1109(b), if applicable, that the foregoing request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, any plan of reorganization and objections thereto, hearings, motions, petitions, pleadings or requests, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

***McMahon Surovik Suttle P.C.***
Post Office Box 3679
Abilene, Texas 79604-3679
(325) 676-9183
(325) 422-1970 (Fax)

By:     */s/ Jessica Haile*
        JESSICA HAILE
        State Bar No. 24071580
        jhaile@mss.law

        ATTORNEYS FOR FIRST BANK TEXAS

**NOTICE OF APPEARANCE**                                                      **Page 2 of 3**
**FIRST BANK TEXAS**

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a true and correct copy of the foregoing document to be served electronically upon those persons registered on the ECF filing system of the Court on this 28th day of May 2026.

/s/ *Jessica Haile*
JESSICA HAILE