Mark J. Petrocchi
State Bar No. 15851750
GRIFFITH, JAY & MICHEL, LLP
2200 Forest Park Blvd.
Fort Worth, TX   76110
Phone (817) 926-2500
Fax (817) 926-2505
mpetrocchi@lawgjm.com
ATTORNEYS FOR FIRST BANK TEXAS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANTHONY CHARLES TORDIGLIONE | § | Case No. 25-44309-elm13 |
| | § | |
| Debtor | § | |

**MOTION FOR WITHDRAWAL OF COUNSEL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. TENTH STREET, FORT WORTH, TEXAS 76102 BEFORE THE 24TH DAY OF JUNE 2026, WHICH IS AT LEAST TWENTY-ONE (21) DAYS PLUS THREE DAYS FOR MAILING FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

NOW COMES First Bank Texas (the "Party"), and brings this Motion for Withdrawal of

Counsel, and in support thereof, shows the Court the following:

1.  Good cause exists for withdrawal of Mark J. Petrocchi of the law firm of Griffith, Jay & Michel, LLP, to withdrawal as counsel for the Party, because the Party, no longer desires representation from Mark J. Petrocchi in this cause and the Party consents to such withdrawal. The Party's consent is evidenced by the signature to the proposed order.

2.  This Motion is not sought for the purposes of delay.

3.  Future notices for the Party may be sent to Jessica Haile, jhaile@mss.law, McMahon Surovik Suttle P.C., Post Office Box 3679, Abilene, Texas 79604-3679, phone (325) 676-9183, (325) 422-1970 (Fax).

WHEREFORE, PREMISES CONSIDERED, First Bank Texas, prays that the Court enters an order allowing the withdrawal of Mark J. Petrocchi of the law firm of Griffith, Jay & Michel, LLP, as attorney of record and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

   /s/ Mark J. Petrocchi
Mark J. Petrocchi
State Bar No. 15851750
Griffith, Jay & Michel, LLP
2200 Forest Park Boulevard
Fort Worth, Texas 76110
Tel: (817) 926-2500
Fax: (817) 926-2505
Attorneys for First Bank Texas

## Certificate of Conference

The undersigned attorney certifies he communicated with First Bank Texas, related to the relief sought in the above motion who did not object to the motion. Therefore, this motion is being submitted to the Court for consideration.

   */s/ Mark J. Petrocchi*
Mark J. Petrocchi

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a true and correct copy of the foregoing document to be served electronically upon those persons registered on the ECF Filing system of the Court on this 3rd day of June 2026.

    */s/ Mark J. Petrocchi*
Mark J. Petrocchi