IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                       §
                                             §
                                             §
ANTHONY CHARLES TORDIGLIONE                  §        Case No. 25-44309-elm13
                                             §
                                             §
                                             §
                                             §
Debtor                                       §

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

Came on for consideration the Motion for Withdrawal of Counsel by First Bank Texas.

The Court finds First Bank Texas consents to the withdrawal of Mark J. Petrocchi of the

law firm of Griffith, Jay & Michel, LLP, as counsel and withdrawal is not sought for delay only.

IT IS THEREFORE ORDERED that Mark J. Petrocchi, is permitted to withdraw as

counsel of record for First Bank Texas.

IT IS FURTHER ORDERED THAT NOTICES TO First Bank Texas may be sent to First

Bank Texas, Attn: Special Assets, 220 Palo Pinto, P.O. Box 730, Weatherford TX 76086,

FBTBankruptcy@go2fbt.bank and Jessica Haile, jhaile@mss.law, McMahon Surovik Suttle P.C.,

Post Office Box 3679, Abilene, Texas 79604-3679, phone (325) 676-9183, (325) 422-1970 (Fax).

# # #   END OF ORDER   # # #

APPROVED AS TO FORM AND SUBSTANCE:

*LeeAnn Neal, VP*

LeeAnn Neal
Vice President, Special Assets Manager
220 Palo Pinto
P.O. Box 730
Weatherford TX 76086
Phone: 817.598-4921
For FIRST BANK TEXAS

/s/ Mark J. Petrocchi
Mark J. Petrocchi
State Bar No. 15851750
GRIFFITH, JAY & MICHEL, LLP
2200 Forest Park Blvd.
Fort Worth, TX   76110
Phone (817) 926-2500
Fax (817) 926-2505
mpetrocchi@lawgjm.com
ATTORNEY FOR FIRST BANK TEXAS