**Fill in this information to identify the case:**

Debtor Name ___Anthony Charles Tordiglione___

United States Bankruptcy Court for the: ___Northern___ District of __Texas__
(State)

Case number: ___25-44309___

---

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of [ 6-9-2026 ] on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Amore Wines of Texas LLC | 50% | |
| Bull Lion Ranch & Vineyards | 50% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name _Anthony Charles Tordiglione_   Case number _Tordiglione 25-44309-ELM_

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✗ _Cynthia A. Tordiglione_
Signature of Authorized Individual

_Cynthia A. Tordiglione_
Printed name of Authorized Individual

Date _6/10/26_
MM / DD / YYYY

**For individual Debtors:**

✗ _Anth Chl_   ✗ _____
Signature of Debtor 1                Signature of Debtor 2

_Anthony Charles Tordiglione_   _____
Printed name of Debtor 1            Printed name of Debtor 2

Date _6/10/2026_   Date _____
MM / DD / YYYY      MM / DD / YYYY

Debtor Name _Anthony Charles Tordiglione_    Case number _Tordiglione 25-44309 ELM_

**Exhibit A: Financial Statements for** [Name of Controlled Non-Debtor Entity]

Debtor Name _Anthony Charles Torogliove_     Case number _Torogliove 25-44309 EIM_

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of** [date]

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

P & L VERSES FINANCIAL STATEMENT
Produced by Family Accountant

Debtor Name _Anthony Torpylione_            Case number _Torpylione 25·44309 EIM_

---

**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending [date]**

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

SEE Attached P&L

---

Debtor Name _Anthony Tordiglione_   Case number _Tordiglione 25-44309 ELM_

**Exhibit A-3: Statement of Cash Flows for** [Name of Controlled Non-Debtor Entity] **for period ending** [date]

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

See Attached P&L

Official Form 426　　　Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability　　　page **6**

Debtor Name ___Anthony Tordyllone___    Case number ___Tordyllone 25-44309 ELM___

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity]
for period ending [date]**

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of
      the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

The shareholders/Partners is my spouse
And No Changes.

Debtor Name  _Anthony Torogllone_                    Case number _Torogllone 25-44309 ELM_

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Non Debtor Entity is my spouse and no changes to this partnership

Official Form 426          Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability          page **8**

Debtor Name _Anthony Torouphone_          Case number _Torouphone 25-44309 ELM_

### Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

Non-Debtor is my spouse at 50% interest.
In the business and all assets.
Any liquidation monies will be intendended
to pay creditors as required and allow us
to Resume buisness in a stronger position

Debtor Name _Anthony Tordiglione_         Case number _Tordiglione 25-44309 ELM_

## Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

All tax related buisness is conducted jointly with my spouse the Non-Debtor All obligations, payments and refunds are handled accordingly

Debtor Name _Anthony Tondiglione_    Case number _Tondiglione 25. 44309 ELM_

## Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

As managing partner I jointly discuss with my spouse Non-Debtor business activities. Payments and obligations are fulfilled by mutual Agreement.

| **Amore Wines of Texas, LLC** | Mar-26 | Apr-26 | May-26 |
|---|---|---|---|
| **Bull Lion Ranch & Vineyards** | | | |
| **PROFIT & LOSS** | | | |
| **INCOME** | | | |
| 2 Retail Wine Shops | $20,891.00 | $10,801.00 | $43,001.00 |
| Festivals -Events | $0 | $0 | $0 |
| Costs of Goods | <6,741.00> | <$3,344.00> | <$14,821.00> |
| Gross Profit | $14,150.00 | $7,457.00 | $28,180.00 |
| | | | |
| **OPERATING EXSPENSES** | | | |
| Accounting-Tech Support | $420.00 | $0 | $0 |
| Advertising | $0 | $0 | $0 |
| Bank Charges | $1,253.00 | $576.00 | $2,580.00 |
| Entertainment-Music | $400.00 | $600.00 | $1,000.00 |
| Food Supplies | $490.00 | $480.00 | $2,580.00 |
| Repairs-Maintanence | $0 | $0 | $0 |
| Insurance | $125.00 | $125.00 | $125.00 |
| Legal | $0 | $0 | $0 |
| Merchandise | $0 | $0 | $0 |
| Office Supplies | $224.00 | $0 | $280.00 |
| Payroll | $5,731.00 | $4,001.00 | $7,467.00 |
| Phone | $420.00 | $420.00 | $420.00 |
| Rent-Utilities | $3,551.00 | $3,530.00 | $3,657.00 |
| Shipping Expense | $0 | $0 | $0 |
| TABC/TTB/Comptroller | $1,271.00 | $840.00 | $3,763.00 |
| | | | |
| **Total Operating Expenses** | $13,805.00 | $10,572.00 | $21,872.00 |
| | | | |
| **NET INCOME** | $265.00 | <$3,115.00> | $6,308.00 |