**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TX  76180-6608**
**(817)770-8500**
**FAX(817)498-1362**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE: ANTHONY CHARLES TORDIGLIONE** | § § § § § | **CASE NO: 25-44309-ELM** |
| **DEBTOR** | | |

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.  I hereby certify that a period of sixty days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case:  Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| ANTHONY CHARLES TORDIGLIONE<br>178 SAMS LN<br>ALEDO, TX  76008-4884 | 04/28/2026 | $5.00 |

/s/  Pam Bassel
_____
Pam Bassel, Standing Chapter 13 Trustee
Bar No. 01344800

NOTICE TO DEBTOR:  IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE NOT ENTITLED TO THE FUNDS.

ANTHONY CHARLES TORDIGLIONE
178 SAMS LN
ALEDO, TX  76008-4884

ANTHONY CHARLES TORDIGLIONE
178 SAMS LN
ALEDO, TX  76008-4884

Case No:  25-44309-ELM                                                                          ANTHONY CHARLES TORDIGLIONE

Notice to Deposit Unclaimed Funds to the United States Treasury                                                        Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was served on the parties listed below in the manner listed below on or before 7/20/2026:

/s/   Pam Bassel

Standing Chapter 13 Trustee

**BY FIRST CLASS MAIL:**

ANTHONY CHARLES TORDIGLIONE,  178 SAMS LN,  ALEDO, TX  76008

**ELECTRONIC SERVICE:**

REAVES AND LEE PLLC, 8701 BEDFORD EULESS RD STE 510, HURST, TX  76053

NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010

MCCREARY VESELKA BRAGG & ALLEN, PO BOX 1269, ROUND ROCK, TX  78680

SPROUSE SHRADER SMITH PC, 701 S TAYLOR  STE 500, PO BOX 15008, AMARILLO, TX  79105-5008

MCCARTHY AND HOLTHUS, 1255 W 15TH ST #1060, PLANO, TX  75075

LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219

SPECTOR & COX PLLC, 12770 COIT RD STE 850, DALLAS, TX  75251

GRIFFITH JAY AND MICHEL LLP, 2200 FOREST PARK BLVD, FORT WORTH, TX  76110

United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242