*McCarthy & Holthus, LLP*
Cole Patton SBN 24037247
Yoshie Valadez SBN 24091142
Nancy Lee SBN 272035 (CA)
MHTbankruptcy@mccarthyholthus.com
*1255 West 15th Street Suite 1060 Plano, TX 75075*
*Phone: (214) 291-3800*
*Fax: (214) 291-3801*
*ATTORNEYS FOR MOVANT*
*TX-25-187613*

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FT. WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| **ANTHONY CHARLES** | § | **CASE NO. 25-44309-elm13** |
| **TORDIGLIONE,** | § | **CHAPTER 11** |
| **DEBTOR(S)** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## OBJECTION TO CONFIRMATION BY GUILD MORTGAGE COMPANY LLC, ITS ASSIGNEES AND/OR SUCCESSORS

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now GUILD MORTGAGE COMPANY LLC, ITS ASSIGNEES AND/OR

SUCCESSORS (collectively referred to as "Creditor"), a secured creditor and party in interest,

and pursuant to 11 U.S.C. §§1322 (b)(2), 1322 (b)(5),1324 and 1325(a)(5), and Bankruptcy Rule

3015(f) files its *Objection to Confirmation* of Debtor(s)' proposed Chapter 13 Plan ("Plan"), and

in support thereof would respectfully show the Court as follows:

### BACKGROUND

1.       Debtor(s) filed a voluntary petition under Chapter 13 of Title 11, United States

Bankruptcy Code on 11/3/2025.  On 4/9/2026, the case converted to Chapter 11.

2.       GUILD MORTGAGE COMPANY LLC, ITS ASSIGNEES AND/OR SUCCESSORS is the holder of a Note ("Note") in the original principal sum of $424,100.00, dated 4/12/2018, which was executed by Anthony C. Tordiglione to Guild Mortgage Company LLC.  The Note is secured by a Deed of Trust granting a lien against real estate located at:

**LOT 7, RANCHES OF BEAR CREEK, PHASE III, AN ADDITION IN PARKER COUNTY, TEXAS, ACCORDING TO PLAT AS RECORDED IN PLAT CABINET B, SLIDE 655, PLAT RECORDS, PARKER COUNTY, TEXAS.**

commonly known as 178 Sams Lane, Aledo, TX 76008 ("Property").  Copies of the Note and Deed of Trust are attached to Creditor's proof of claim on file in this case.

3.       The total debt due and owing to Creditor as of the Petition Date was $541,062.09 as evidenced by Creditor's secured proof of claim ("Proof of Claim") filed by Creditor.  Debtor(s) have not objected to the amount stated as owing to Creditor in Creditor's Proof of Claim.

## OBJECTION TO PROPOSED PLAN

4.       The Plan fails to incorporate or preserve the terms of the Agreed Order Regarding Pre-Confirmation Mortgage Payments and Resolving Motion for Relief entered on May 28, 2026 (Doc. 83) ("Agreed Order").  The Agreed Order requires, among other things, payment of the agreed post-petition arrearage of $19,375.50, direct maintenance payments after 5/25/2026, and provides negotiated default remedies, including a 10-day cure period and automatic termination of the stay upon a third uncured default.  The Plan fails to specify the post-petition default amount and substitutes materially different default provisions, including a 21-day cure period and further court intervention, thereby impairing Creditor's bargained-for rights under the Agreed Order without

Creditor's consent. Confirmation should be denied unless the Plan is amended to expressly incorporate the Agreed Order or provide that its terms control over any conflicting provisions in the Plan.

5. The Plan proposes to sell the "Parker/Bear Creek vacant lot or acreage" and have Creditor's lien attach to sale proceeds. Creditor does not object to Debtor's intent to sell the Parker/Bear Creek vacant lot or acreage. However, a Plan should not be confirmed where it is contingent on a speculative event to take place during the life of the plan, such as the sale of a property. Moreover, the Plan also fails to identify an alternative treatment in the event that Debtor's sale efforts are unsuccessful. The Plan should be amended to provide for an alternative treatment after the court approved period for sale has expired. Therefore, the Plan is too vague to be enforceable or confirmable.

6. Creditor has had to retain counsel to represent it before this Court and is incurring legal expenses and attorneys' fees for the handling of this *Objection to Confirmation*.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Creditor prays that this Court deny confirmation of the Plan as proposed, award attorneys' fees and costs, and grant Creditor such other and further relief, at law and in equity, as is just.

//

//

//

//

//

//

Respectfully Submitted,

MCCARTHY & HOLTHUS, LLP

_/s/ Nancy Lee_____
Cole Patton SBN 24037247
Yoshie Valadez SBN 24091142
Nancy Lee SBN 272035 (CA)
MHTbankruptcy@mccarthyholthus.com
1255 West 15th Street Suite 1060
Plano, TX 75075
Phone: (214) 291-3800
Fax: (214) 291-3801
Atty File No.: TX-25-187613
ATTORNEYS FOR SECURED CREDITOR

## <u>**CERTIFICATE OF SERVICE**</u>

I DO HEREBY CERTIFY that a true and correct copy of the foregoing Objection to Confirmation was served on all parties listed below by U.S. Mail first class postage prepaid or electronically through the Court's ECF System at the email address registered with the Court on 7/17/2026.

<u>By U.S. Mail</u>:

Anthony Charles Tordiglione
178 Sams Ln
Aledo, TX 76008

<u>Electronically through the Court's ECF System</u>:

COUNSEL FOR DEBTOR(S)
Clayton Everett
515 E. Border St., Ste 163
Arlington, TX 76010

TRUSTEE
Katharine B. Clark -SBRA V
Thompson Coburn LLP
2100 Ross Avenue, Suite 3200
Dallas, TX 75201

U.S. TRUSTEE
US Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

CGB AGRIFINANCIAL SERVICES, INC.
Attn: John F. Massouh
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101

Ciera Bank
Attn: Christopher B Henry
Minor & Jester, P.C.
502 W. Oak Street, Suite 200
Denton, TX 76201

County of Erath
Attn: Julie Anne Parsons
McCreary Veselka Bragg & Allen PC
PO Box 1269
Round Rock, TX 78680

First Bank Texas
Attn: Jessica Lynn Haile
McMahon Surovik Suttle, PC
P.O. Box 3679
Abilene, TX 79604

First Bank Texas
Attn: Mark Joseph Petrocchi
Mark Petrocchi
2841 Oakbriar Trail
Fort Worth, TX 76109

Hico ESD
Attn: Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P O Box 17428
2700 Via Fortuna Ste 400 (78746)
Austin, TX 78741

Hico ESD
Attn: Camille Stecker
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219

Hico ISD
Attn: Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P O Box 17428

2700 Via Fortuna Ste 400          Hico ISD
(78746)                           Attn: Camille Stecker
Austin, TX 78741                  Linebarger Goggan Blair &


Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219

Parker CAD
Attn: John Kendrick Turner
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219

Propel Financial Services as agent and attorney in fact for FNA 8, LLC
Attn: Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Road
Banner Place, Suite 850
Dallas, TX 75251

Parker CAD
Attn: Camille Stecker
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219

MCCARTHY & HOLTHUS, LLP

 _/s/ Nancy Lee_____
Nancy Lee
Atty file no.: TX-25-187613