Jessica L. Cousineau
Oregon State Bar No. 012374
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Main Mailing Address: P.O. Box 1269
Round Rock, Texas 78680-1269
Northern District Office: 500 Chestnut, Suite 1601
Abilene, Texas 79602
Direct Telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jessica.cousineau@mvbalaw.com
***Attorneys for Named Creditor***

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **ANTHONY CHARLES TORDIGLIONE** | § | **Case No. 25-44309 (ELM)** |
| | § | |
| **Debtor** | § | **Chapter 11** |

**COUNTY OF ERATH'S NOTICE OF CHANGE IN APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF NOTICES OF OTHER DOCUMENTS**

**TO THE HONORABLE U.S. BANKRUPTCY JUDGE:**

COMES NOW **County of Erath** represented by the firm McCreary, Veselka, Bragg & Allen, P.C. ("MVBA"), and gives this Notice of Change in Appearance of Counsel and Request for Service of Notices of Other Documents from Julie Anne Parsons to:

Jessica L. Cousineau
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680-1269
Direct Telephone: (512) 323-3241
Fax: (512) 323-3205
jessica.cousineau@mvbalaw.com

Julie Anne Parsons is leaving the firm. The undersigned hereby requests service of notices and other documents now be made upon this attorney of record and that service on Julie Anne Parsons be terminated.

Dated: August 27, 2026

Respectfully submitted,

MCCREARY, VESELKA, BRAGG &
ALLEN, P.C.
Main Mailing Address: P.O. Box 1269
Round Rock, Texas 78680-1269
Northern District Office: 500 Chestnut, Suite 1601
Abilene, Texas 79602

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau
Oregon State Bar No. 012374
Direct Telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jessica.cousineau@mvbalaw.com
***Attorneys for Named Creditor(s)***

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date this Notice was filed, a true and correct copy of the foregoing document was electronically served via the Court's CM/ECF System on all parties that have entered an appearance and consented to electronic service herein.

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau