John Massouh, SBN 24026866
John.massouh@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas 79105-5008
(806) 468-3300; (806) 373-3454 FAX

*ATTORNEYS FOR CGB AGRIFINANCIAL SERVICES, INC.*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-44309-elm11 |
| ANTHONY CHARLES TORDIGLIONE, | § | |
| | § | CHAPTER 11 (SUBCHAPTER V) |
| Debtor. | § | |

**NOTICE OF HEARING ON CGB AGRIFINANCIAL SERVICES, INC.'S MOTION FOR RELIEF FROM STAY, MOTION TO DISMISS AND MOTION FOR ADEQUATE PROTECTION**

PLEASE TAKE NOTE that a hearing on CGB Argifinancial Services, Inc.'s Motion for Relief from Stay [ECF 102], Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) [ECF 103], and Motion for Adequate Protection [ECF 104] will be held on December 17, 2026 at 9:30 am before the Honorable Edward L. Morris, United States Bankruptcy Judge for the Northern District of Texas, both in person at Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 and/or by WebEx.

PLEASE TAKE FURTHER NOTICE that parties may appear via WebEx (via the Court's WebEx platform):

- For WebEx Video Participation/Attendance:
  Link: https://us-courts.webex.com/meet/morris

Meeting Number: 2309 445 3213

- For WebEx Telephonic Only Participation/Attendance:
  Dial-In: 1.650.479.3207
  Access Code: 2309 445 3213

- A copy of the WebEx Hearing Instructions is attached hereto as Exhibit A.

Respectfully submitted,

John Massouh, SBN 24026866
John.massouh@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas 79105-5008
(806) 468-3300; (806) 373-3454 FAX

*<u>/s/ John Massouh</u>*
John Massouh

**ATTORNEYS FOR CGB AGRIFINANCIAL SERVICES, INC.**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 13, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties registered to receive electronic notification in this case, and by first-class mail on any party not registered for electronic notification, including:

Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, Texas 76010
*Counsel for the Debtor*

Katharine Battaia Clark
Thompson Coburn LLP
2100 Ross Av., Suite 3200
Dallas, TX 75201
*Subchapter V Trustee*

*<u>/s/ John Massouh</u>*
John Massouh