Fill in this information to identify the case:

Debtor 1     Anthony Charles Tordiglione

Debtor 2     _____
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS
                                                                                                       (State)

Case number    25-44309-elm13

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:**   Guild Mortgage Company LLC                **Court claim no.** (if known):    5

**Last 4 digits of any number you use to identify the debtor's account:**      337D

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No

☐ Yes. Date of the last notice: _____

**Part 4:**    **Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ _____ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. | Attorney's fees | | (3) | $ _____ |
| 4. | Filing fees and court costs | | (4) | $ _____ |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. | Property inspection fees | | (7) | $ _____ |
| 8. | Tax advances (non-escrow) | | (8) | $ _____ |
| 9. | Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. | Other. Specify: Plan Review | 12/2/2025 | (11) | $ 450.00 |
| 12. | Other. Specify: _____ | | (12) | $ _____ |
| 13. | Other. Specify: _____ | | (13) | $ _____ |
| 14. | Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Anthony Charles Tordiglione
         First Name  Middle Name  Last Name

Case number (if known) 25-44309-elm13

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ *Rick Prado*

Date 12/15/2025

Print: Rick Prado
       First Name  Middle Name  Last Name

Title Senior Bankruptcy Specialist

Company Guild Mortgage Company LLC

Address 5887 Copley Drive
        Number  Street
        San Diego, CA 92111
        City State ZIP Code

Contact phone 833-700-3882

Email bkdocs@guildmortgage.net

**McCarthy & Holthus, LLP**

2763 Camino Del Rio S, Suite 100 • San Diego, CA 92108 • 619-685-4800

12/3/2025

# INVOICE

Guild Mortgage Company LLC
P.O. Box 85304
San Diego, CA 92186-5304

| | | | |
|---|---|---|---|
| Case No.: | 25-44309-elm13 | Invoice No.: | ▮▮▮▮ |
| Loan No.: | ▮▮▮▮▮▮▮▮ | Invoice Type: | Plan Review |
| Case Type: | PLNRW | File No.: | TX-25-187613 |
| Chapter: | 13 | | |
| File Opened: | 11/10/2025 | | |
| Status: | Active | | |
| Debtor(s): | Anthony Charles Tordiglione | | |
| Property Address: | 178 Sams Lane, Aledo, TX 76008 | | |

| Description of Current Costs | Amount |
|---|---:|
| | |
| **Sub Total of Costs** | 0.00 |

| Description of Current Fees | |
|---|---:|
| **McCarthy & Holthus, LLP** | |
| 12/2/2025    Plan Review - Recoverable  - Reimbursable FNMA | 450.00 |
| | **450.00** |
| **Sub Total of Fees** | 450.00 |

| **Current Invoice Total Amount Due** | 450.00 |
|---|---:|

** REQUEST FOR PAYMENT **

THE AMOUNT SHOWN IS DUE AND PAYABLE UPON RECEIPT.
PLEASE REMIT PAYMENT TO:
Attn: General Accounting
PO BOX 840055,
LOS ANGELES, CA 90084-0055

Thank you for your business. We appreciate it and look forward to continuing our strong relationship.
If you have any questions please contact accounting at (619) 645-7711.

Generated By: Brennan Allen

**CERTIFICATE OF SERVICE**

      I DO HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges was served on all parties listed below by U.S. Mail first class postage prepaid or electronically through the Court's ECF System at the email address registered with the Court on 12/15/2025.

<u>By U.S. Mail</u>:

Anthony Charles Tordiglione
178 Sams Ln
Aledo, TX 76008

<u>Electronically through the Court's ECF System</u>:

| COUNSEL FOR DEBTOR(S) | TRUSTEE |
| --- | --- |
| Christopher Marvin Lee | Tim Truman |
| Reaves & Lee, PLLC | 6851 N.E. Loop 820 |
| 8701 W. Bedford Euless Road, Suite 510 | Suite 300 |
| Hurst, TX 76053 | North Richland Hills, TX 76180 |
| | |
| U.S. TRUSTEE | CGB AGRIFINANCIAL SERVICES, INC. |
| US Trustee | Attn: John F. Massouh |
| 1100 Commerce Street | Sprouse Shrader Smith, P.C. |
| Room 976 | 701 S. Taylor, Suite 500 |
| Dallas, TX 75202 | Box 15008 |
| | Amarillo, TX 79101 |
| | |
| County of Erath | Hico ISD |
| Attn: Julie Anne Parsons | Attn: Diane W. Sanders |
| McCreary Veselka Bragg & Allen PC | Linebarger Goggan Blair & Sampson, LLP |
| PO Box 1269 | P O Box 17428 |
| Round Rock, TX 78680 | 2700 Via Fortuna Ste 400 (78746) |
| | Austin, TX 78741 |

Parker CAD
Attn: Camille Stecker
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue, Suite 800
Dallas, TX 75219

                                        MCCARTHY & HOLTHUS, LLP

                                        */s/ Nancy Lee*
                                        Nancy Lee
                                        Atty file no.: TX-25-187613

**McCarthy & Holthus, LLP**

2763 Camino Del Rio S, Suite 100 • San Diego, CA 92108 • 619-685-4800

12/3/2025

# **INVOICE**

Guild Mortgage Company LLC
P.O. Box 85304
San Diego, CA 92186-5304

| | | | |
|---|---|---|---|
| Case No.: | 25-44309-elm13 | Invoice No.: | ▮▮▮▮▮ |
| Loan No.: | ▮▮▮▮▮▮▮▮ | Invoice Type: | Plan Review |
| Case Type: | PLNRW | File No.: | TX-25-187613 |
| Chapter: | 13 | | |
| File Opened: | 11/10/2025 | | |
| Status: | Active | | |
| Debtor(s): | Anthony Charles Tordiglione | | |
| Property Address: | 178 Sams Lane, Aledo, TX 76008 | | |

| Description of Current Costs | Amount |
|---|---:|
| | |
| **Sub Total of Costs** | 0.00 |

| Description of Current Fees | |
|---|---:|
| **McCarthy & Holthus, LLP** | |
| 12/2/2025      Plan Review - Recoverable  - Reimbursable FNMA | 450.00 |
| | **450.00** |
| **Sub Total of Fees** | 450.00 |

| **Current Invoice Total Amount Due** | 450.00 |
|---|---:|

** REQUEST FOR PAYMENT **

THE AMOUNT SHOWN IS DUE AND PAYABLE UPON RECEIPT.
PLEASE REMIT PAYMENT TO:
Attn: General Accounting
PO BOX 840055,
LOS ANGELES, CA 90084-0055

Thank you for your business. We appreciate it and look forward to continuing our strong relationship.
If you have any questions please contact accounting at (619) 645-7711.

Generated By: Brennan Allen